FILED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ULLICO INC.<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE<br>INSURANCE COMPANY OF<br>PITTSBURGH, PA, et al.<br><br>Defendants. | CASE NUMBER 1:06CV00080<br>JUDGE: Richard J. Leon<br>DECK TYPE: Contract<br>DATE STAMP: 01/17/2006 |

FILED
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

The matter came before the Court on defendant James Luce's motion to dismiss.

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Columbia pursuant to 28 U.S.C. 1404(a). It is further noted that this matter is closely related to two cases that have already been transferred from this District to the District Court for the District of Columbia,[1] which involve common facts and issues.

It is further **ORDERED** that the Pretrial Scheduling Order of December 30, 2005 is hereby **VACATED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 6, 2006

T.S. Ellis, III
United States District Judge

---

[1] See *Luce, et al. v. Union Labor Life Aux, et al.*, Case No. 1:03cv1014 (transferred to District of Columbia on January 9, 2004) and *Luce v. Ulico Inc. Pension Plan & Trust et al*, Case No. 1:05cv00851 (transferred to District of Columbia on September 28, 2005).

A True Copy, Teste:
Clerk, U.S. District Court
By _____ Deputy Clerk