## U.S. District Court
## Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01324-TSE-LO
### Internal Use Only

Ullico Inc. v. National Union Fire Insurance Company of Pittsburg, PA et al
Assigned to: District Judge T. S. Ellis, III
Referred to: Honorable Magistrate Liam O Grady
Demand: $75,000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 11/17/2005
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

Ullico Inc.                                              represented by  John F. Anderson
                                                                         Troutman Sanders LLP
                                                                         1660 International Dr
                                                                         Suite 600
                                                                         McLean, VA 22102
                                                                         (703) 734-4334
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

National Union Fire Insurance Company of
Pittsburg, PA
*TERMINATED: 12/06/2005*

**Defendant**

American International Specialty Lines Insurance          represented by  Meagan T. Bachman
Co.                                                                       Patton Boggs LLP
                                                                          2550 M St, NW
                                                                          Washington, DC 20037
                                                                          (202) 457-6544
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

Joseph A. Carabillo

**Defendant**

James W. Luce                                             represented by  Robert Emmett Scully, Jr.
                                                                          Rees Broome & Diaz PC
                                                                          8133 Leesburg Pike
                                                                          9th Fl
                                                                          Vienna, VA 22182
                                                                          (703) 790-1911
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

John K. Grelle

**Defendant**

National Union Fire Insurance Company of                  represented by  Meagan T. Bachman
Pittsburgh, PA                                                            (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

National Union Fire Insurance Company of                  represented by  Meagan T. Bachman
Pittsburgh, PA                                                            (See above for address)

A True Copy, Teste:
Clerk, U.S. District Court
By _____
Deputy Clerk

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counter Claimant**

**American International Specialty Lines Insurance Co.**   represented by **Meagan T. Bachman**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

V.

**Counter Defendant**

**Ullico Inc.**   represented by **John F. Anderson**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2005 | 1 | COMPLAINT against National Union Fire Insurance Company of Pittsburg, PA, American International Specialty Lines Insurance Co., Joseph A. Carabillo, James W. Luce, John K. Grelle Filing fee $250, receipt number 100 184289., filed by Ullico Inc..(ctat, ) (Entered: 11/18/2005) |
| 11/17/2005 |  | Summons Issued and given to atty for service by SPS as to National Union Fire Insurance Company of Pittsburg, PA, American International Specialty Lines Insurance Co.. (ctat, ) (Entered: 11/18/2005) |
| 11/17/2005 |  | Defts Carabillo, Luce and Grelle to be served by Notice of Lawsuit and Waiver of Service of Summons. (ctat, ) (Entered: 11/18/2005) |
| 11/17/2005 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Ullico Inc. (nhall, ) (Entered: 11/18/2005) |
| 11/23/2005 | 4 | Certificate of Compliance as to American International Specialty Lines Insurance Co. served on 11/23/2005, answer due 12/13/2005. (jwhe, ) (Entered: 11/28/2005) |
| 11/25/2005 | 3 | AFFIDAVIT OF SERVICE/SUMMONS Returned Executed as to National Union Fire Insurance Company of Pittsburg, PA served on 11/18/2005, answer due 12/8/2005. (jwhe, ) (Entered: 11/28/2005) |
| 12/06/2005 | 5 | FIRST AMENDED COMPLAINT against National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines Insurance Co., Joseph A. Carabillo, James W. Luce, John K. Grelle , filed by Ullico Inc. (LARGE PLEADING) (jwhe, ) (Entered: 12/07/2005) |
| 12/06/2005 |  | *** Party National Union Fire Insurance Company of Pittsburg, PA terminated. (jwhe, ) (Entered: 12/07/2005) |
| 12/12/2005 | 6 | WAIVER OF SERVICE Returned Executed as to James W. Luce waiver sent on 11/17/2005, answer due 1/16/2006. (jwhe, ) (Entered: 12/13/2005) |
| 12/14/2005 | 7 | MOTION to Dismiss First Amended Complaint for damages, declaratory judgment and injunctive relief by James W. Luce. (jwhe, ) (Entered: 12/15/2005) |
| 12/14/2005 | 8 | Memorandum of Points and Authorities in Support of [7] MOTION to Dismiss First Amended Complaint for damages, declaratory judgment and injunctive relief filed by James W. Luce (LARGE PLEADING) (jwhe, ) (Entered: 12/15/2005) |
| 12/14/2005 | 9 | NOTICE of Hearing on [7] MOTION to Dismiss First Amended Complaint for damages, declaratory judgment and injunctive relief: Motion Hearing set for 1/6/2006 10:00 AM before District Judge T. S. Ellis III. (jwhe, ) (Entered: 12/15/2005) |
| 12/22/2005 | 10 | NOTICE of Appearance by Meagan T. Bachman on behalf of National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines Insurance Co. (jwhe, ) (Entered: 12/22/2005) |
| 12/23/2005 | 11 | WAIVER OF SERVICE Returned Executed as to John K. Grelle waiver sent on 12/19/2005, answer due 2/17/2006. (jwhe, ) (Entered: 12/27/2005) |
| 12/27/2005 | 12 | JOINT STIPULATION and ORDER; that AISLIC's and National Union's time to file a responsive pleading in this matter shall be extended to January 6, 2006. Signed by Judge Liam O'Grady on 12/27/05. Copies mailed: yes(jwhe, ) (Entered: 12/28/2005) |

| | | |
|---|---|---|
| 12/27/2005 | | Reset Deadlines: National Union Fire Insurance Company of Pittsburgh, PA answer due 1/6/2006; American International Specialty Lines Insurance Co. answer due 1/6/2006. (jwhe, ) (Entered: 12/28/2005) |
| 12/30/2005 | 13 | SCHEDULING ORDER: Initial Pretrial Conference set for 1/18/2006 10:00 AM before Honorable Magistrate Liam O Grady. Final Pretrial Conference set for 4/20/2006 11:00 AM before District Judge T. S. Ellis III. Discovery due by 4/14/2006. Signed by Judge T. S. Ellis III on 12/30/05. c/s(agil) (Entered: 12/30/2005) |
| 12/30/2005 | 14 | Response to James W. Luce's [7] MOTION to Dismiss First Amended Complaint for damages, declaratory judgment and injunctive relief filed by Ullico Inc. (clar, ) (Entered: 01/03/2006) |
| 01/03/2006 | | Amended Complaint Summons Issued for service by SPS as to Joseph A. Carabillo. (jwhe, ) (Entered: 01/04/2006) |
| 01/04/2006 | 15 | ORDER for Pro hac vice of Timothy Wilson Burns Filing fee $ 50, receipt number 100 185100. Signed by Judge T. S. Ellis III on 1/4/06. Copies mailed; yes(jwhe, ) (Entered: 01/04/2006) |
| 01/04/2006 | 16 | REPLY to Response to Motion re [7] MOTION to Dismiss filed by James W. Luce. (clar, ) (Entered: 01/04/2006) |
| 01/06/2006 | | Minute Entry for proceedings held before Judge T. S. Ellis III: Motion Hearing held on 1/6/2006 re: [7] MOTION to Dismiss filed by James W. Luce. Appearances: Anderson/Burns, pro hac for Pltff; Scully for Deft Luce. Heard, findings stated, and the Court concluded that this matter should be transferred to D.D.C. Last week's pretrial scheduling Order is vacated. (Court Reporter Rodriquez.) (tbul, ) (Entered: 01/06/2006) |
| 01/06/2006 | 17 | Financial Interest Disclosure Statement (Local Rule 7.1) by National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines Insurance Co. (nhall, ) (Entered: 01/09/2006) |
| 01/06/2006 | 18 | ANSWER to Amended Complaint, COUNTERCLAIM against Ullico Inc. by National Union Fire Insurance Company of Pittsburgh, PA, American International Specialty Lines Insurance Co.(jwhe, ) (Entered: 01/09/2006) |
| 01/06/2006 | 19 | ORDER for Pro hac vice of David Joseph Farber Filing fee $ 50, receipt number 100 185243. Signed by Judge T. S. Ellis III on 1/6/06. Copies mailed; 1/9/06(jwhe, ) (Entered: 01/09/2006) |
| 01/06/2006 | 20 | ORDER, for reasons stated from the bench during a hearing on the Deft James Luce's [7] Motion to Dismiss, TRANSFERRING this case to the U.S. District Court for the District of Columbia, pursuant to 28 U.S.C. 1404(a) and futher noted that this matter is closely related to two cases that have already been transferred from the E.D. Va. to the D.D.C. Further ORDERED that the Court's Pretrial Scheduling Order of 12/30/05 is hereby VACATED . Signed by Judge T. S. Ellis III on 1/6/06. Mailed: yes (tbul, ) (Entered: 01/09/2006) |
| 01/06/2006 | | Case transferred to District of Columbia. Original file, certified copy of transfer order, and docket sheet sent. (tbul, ) (Entered: 01/09/2006) |
| 01/09/2006 | 21 | SUMMONS Returned Executed on Amended Complaint Joseph A. Carabillo served on 1/5/2006, answer due 1/25/2006. (nhall) (Entered: 01/11/2006) |

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK

ELIZABETH H. PARET
CLERK

ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314

TELEPHONE

| | |
|---|---|
| CIVIL | 299-2101 |
| CRIMINAL | 299-2102 |
| FINANCIAL | 299-2105 |
| JURY | 299-2104 |
| MAGISTRATE | 299-2102 |
| NATURALIZATION | 299-2104 |
| ADMINISTRATION | 299-2177 |

January 12, 2006

VIA U.P.S.

Nancy Mayer-Whittington, Clerk of Court
United States District Court
 for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001
(202) 254-3000

Re: Case No. 1:05cv1324, ULLICO INC. v.
AMERICAN INTERNATIONAL SPECIALTY LINES INS. CO., ET AL.

Dear Clerk:

Pursuant to an order of this Court, filed January 6, 2006, and signed by T. S. Ellis, III, United States District Judge, the above entitled matter is transferred to your district.

The papers enclosed constitute the entire file in this case, except that a certified copy of the order of transfer is enclosed in lieu of the original. A certified copy of the docket entries is also enclosed.

A copy of this letter is enclosed for your convenience in acknowledging receipt.

Sincerely,

ELIZABETH H. PARET, CLERK

By: _____
Deputy Clerk

Enclosures