AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ullico, Inc.

        Plaintiff(s)   )
)   **APPEARANCE**
)
)
        vs.   )   CASE NUMBER   1:06cv00080
National Union Fire Insurance Co. of   )
Pittsburgh, PA, et al   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David J. Farber__ as counsel in this
                                     (Attorney's Name)

case for: __American International Specialty Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, PA__
                         (Name of party or parties)

__January 24, 2006__          _David J Farber /wc_
Date                                    Signature

                                David J. Farber
__415899__                         Print Name
BAR IDENTIFICATION
                                2550 M Street, N.W.
                                Address

                                Washington, D.C.   20037
                                City        State        Zip Code

                                (202) 457-6000
                                Phone Number