UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO, INC., | : |
|     Plaintiff, | : |
| v. | :    CASE NO. 1:06CV00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | : |
| and | : |
| AMERICAN INTERNATIONAL SPECIAL LINES INSURANCE COMPANY | : |
| v. | : |
| JOSEPH A. CARABILLO, | : |
| JAMES W. LUCE and | : |
| JOHN K. GRELLE | : |
|     Defendants. | : |

## STIPULATION

The Plaintiff, and the Defendant Joseph A. Carabillo by counsel, stipulate that Carabillo shall have an extension of time within which to file a supplemental memorandum in support of his Motion to Dismiss Ullico Inc.'s First Amended Complaint for Damages, Declaratory Judgment and Injunctive Relief, through and including February 10, 2006. Ullico Inc. shall have until March 6, 2006 to file its memorandum in opposition to the motion to dismiss.

                                                        Respectfully submitted,

                                                        ____/s/_____
                                                        Daniel G. Grove, Esquire
                                                        DC Bar #066399
                                                        Jackson Kelly, PLLC

{S0309069.1}

2401 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile: (202) 973-0232
*Counsel for Defendant*
*Joseph A. Carabillo*


_____/s/_____
John F. Anderson, Esquire
DC Bar # 393764
Troutman Sanders LLP
1660 International Dr.
Suite 600
McLean, VA 22102
Telephone: (703) 734-4334
*Counsel fro Ullico Inc.*

{S0309069.1}2