UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., : | |
|     Plaintiff, : | |
| v. : | CASE NO. 1:06CV00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE : COMPANY OF PITTSBURGH, PA. et al., : | |
|     Defendants, : | |
| v. : | |
| JOSEPH A. CARABILLO, et al. : | |
|     Defendants : | |

### DEFENDANT CARABILLO'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant Joseph A. Carabillo by counsel, hereby respectfully moves for an extension of time within which to file a supplemental memorandum in support of his Motion to Dismiss Ullico Inc.'s First Amended Complaint for Damages, Declaratory Judgment and Injunctive Relief, through and including February 10, 2006. Counsel for Carabillo contacted counsel for Ullico, who indicated that Ullico consents to this motion. With the consent of Carabillo, Ullico Inc. requests until March 6, 2006 to file its memorandum in opposition to the motion to dismiss.

Respectfully submitted,

_____/s/_____
Daniel G. Grove, Esquire
DC Bar #066399
Jackson Kelly, PLLC
2401 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20037
Telephone: (202) 973-0200

{S0309091.1}

Facsimile: (202) 973-0232
*Counsel for Defendant Joseph A.*
*Carabillo*

Approved:

_____/s/_____
John F. Anderson, Esquire
DC Bar # 393764
Troutman Sanders LLP
1660 International Dr.
Suite 600
McLean, VA 22102
Telephone: (703)734-4334
*Counsel fro Ullico Inc.*

Dated this 6th day of February, 2006.

{S0309091.1}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
|     Plaintiff, | : |
| v. | :   CASE NO. 1:06CV00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. et al., | : |
|     Defendants, | : |
| v. | : |
| JOSEPH A. CARABILLO, et al. | : |
|     Defendants | : |

## ORDER

UPON CONSIDERATION of Defendant, Joseph A. Carabillo's Consent Motion for an enlargement of time to file a supplemental memorandum to his Motion to Dismiss Ullico Inc.'s First Amended Complaint for Damages, Declaratory Judgment and Injunctive Relief, through and including February 10, 2006. It is hereby:

ORDERED that Carabillo's Consent Motion is Granted.

FURTHER ORDERED that Carabillo shall have until and including February 10, 2006, to file a supplemental memorandum to his Motion to Dismiss.

FURTHER ORDERED that Ullico, Inc. shall have until and including March 6, 2006, to respond to Carabillo's supplemental memorandum.

Entered this ____ day of February 2006.

 

                                                          Richard J. Leon
                                                          United States District Judge