UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL SPECIAL LINES INSURANCE COMPANY <br><br> v. <br><br> JOSEPH A. CARABILLO, <br><br> JAMES W. LUCE and <br><br> JOHN K. GRELLE | CASE NO. 1:06CV0080 (RJL) |

**DEFENDANT JOHN K. GRELLE'S MOTION TO DISMISS
ULLICO INC'S FIRST AMENDED COMPLAINT FOR DAMAGES,
DECLARATORY JUDGMENT AND INJUNCTIVE RELIEFF**

John K. Grelle ("Grelle"), by counsel, respectfully moves to dismiss Count II of Ullico Inc.'s First Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and Count IV for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). The grounds therefore are more fully set forth in the Memorandum of Points and Authorities filed by James W. Luce which is incorporated herein by reference. In support of this Motion, Grelle states the following:

1. Grelle adopts the arguments set forth by James W. Luce in his Motion to Dismiss Ullico Inc.'s, First Amended Complaint For Damages, Declaratory Judgment and

Injunctive relief with permission from Luce, by counsel. Arguments set forth in James W. Luce's Memorandum of Points and Authorities are equally applicable to Grelle.

2. Ullico Inc.'s First Amended Complaint fails to state a claim upon which relief can be granted against Grelle pursuant to Fed. R. Civ. P. 12(b)(6).

3. Count IV of Ullico Inc.'s First Amended Complaint fails for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

4. Grelle intends to file a supplement to this Motion to Dismiss Ullico Inc.'s First Amended Complaint For Damages, Declaratory Judgment and Injunctive Relief.

WHEREFORE, for the reasons set forth above and in James W. Luce's Motion to Dismiss and Memorandum of Points and Authorities, Count II fails to state claim for relief against Grelle and Count IV states a claim for declaratory judgment over which this Court should decline to exercise its discretionary jurisdiction. Therefore, Grelle prays that this Court dismiss Ullico Inc.'s claims asserted against him in Ullico Inc.'s First Amended Complaint.

DATED: February 21, 2006.         Respectfully submitted,

                                  KRUPIN O'BRIEN LLC


                          By:     _____
                                  Ari Karen (D.C. Bar No. 457189)
                                  1156 Fifteenth Street, N.W., Suite 200
                                  Washington, D.C. 20005
                                  (202) 530-0700
                                  (202) 530-0703 Facsimile

                                  Counsel for John K. Grelle