UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:06cv080 (RJL) |
| : | |
| NATIONAL UNION FIRE INS. : | |
| CO. OF PITTSBURGH, PA : | |
| : | |
| AMERICAN INTERNATIONAL : | |
| SPECIAL LINES INSURANCE : | |
| COMPANY : | |
| : | |
| v. : | |
| : | |
| JOSEPH A. CARABILLO, : | |
| : | |
| JAMES W. LUCE and : | |
| : | |
| JOHN K. GRELLE : | |

## MOTION FOR ADMISSION OF TIMOTHY W. BURNS PURSUANT TO LOCAL CIVIL RULE 83.1(d)

I, John F. Anderson, counsel of record for Ullico Inc. in the above styled matter, state that I am member of the Bar of this Court and I hereby move the *pro hac vice* admission of Timothy W. Burns pursuant to Local Civil Rule 83.1(d). Accompanying this Motion is the Declaration of Timothy W. Burns providing the information required in Local Civil Rule 83.1(d). I have examined the qualifications of Mr. Burns and hereby sponsor his admission in this matter.

ULLICO INC.

By Counsel

TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356

By: /s/ John F. Anderson
John F. Anderson
D.C. Bar No. 393764

Of Counsel:

Timothy W. Burns
Angela R. Elbert
Cheryl A. Fender
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
| Plaintiff, | : |
| v. | :     Civil Action No. 1:06cv080 (RJL) |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | : |
| AMERICAN INTERNATIONAL SPECIAL LINES INSURANCE COMPANY | : |
| v. | : |
| JOSEPH A. CARABILLO, | : |
| JAMES W. LUCE and | : |
| JOHN K. GRELLE | : |

### DECLARATION OF TIMOTHY W. BURNS

I, Timothy W. Burns, declare under the penalty of perjury:

1. I am an attorney at Neal, Gerber & Eisenberg LLP located at 2 North LaSalle Street, Chicago, Illinois 60602, phone number (312) 269-8000.

2. I am a member in good standing of the Bar of the State of Illinois and the Bar of the State of Missouri. I am eligible to practice before the Supreme Court of the United States, the United States Court of Appeals for the Seventh and Eighth Circuits, the United States District Courts for the Western and Eastern Districts of Missouri, the Northern District of Illinois, the Northern District of Texas, and have been admitted pro hac vice in the Eastern District of Virginia. I have not been disciplined by any court or any bar.

3.  I have not been admitted *pro hac vice* in this Court in the past two years, and I do not engage in the practice of law from an office located in the District of Columbia.

4.  I am familiar with the law, facts and procedures applicable to the subject matter of this litigation, and agree to comply with all applicable court rules in connection with this litigation.

_____
Timothy W. Burns

2