UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ULLICO INC., :
:
    Plaintiff, :
:
v. : CASE NO. 1:06CV00080 (RJL)
:
NATIONAL UNION FIRE INSURANCE :
COMPANY OF PITTSBURGH, PA :
:
and :
:
AMERICAN INTERNATIONAL :
SPECIAL LINES INSURANCE :
COMPANY :
:
    Defendants, :
v. :
:
JOSEPH A. CARABILLO, :
:
JAMES W. LUCE and :
:
JOHN K. GRELLE :
:
    Defendants. :

### JOSEPH A. CARABILLO MOTION TO CONTINUE
### FEBRUARY 28, 2006 STATUS CONFERENCE

Joseph A. Carabillo respectfully moves this Court to Continue the Status Conference set for February 28, 2006 at 3:00 PM. In support of this Motion, Carabillo states the following:

1. A February 28, 2006, status conference date has been set for the above styled action. The status conference was discussed during a January 18, 2006, hearing on a related case before this Court where Carabillo was represented by separate counsel.

2. Counsel for Carabillo in the above styled action was not aware of the status conference scheduled for February 28, 2006. Counsel for Carabillo has been out of the office for

{S0309221.1}

over thirty days due to hospitalization and recuperation and will return to work in early March 2006. To the best of Counsel's knowledge, notice was not received electronically. The office of Jackson Kelly PLLC was notified of the status conference today through counsel in the related litigation.

3. No attorney licensed in the District of Columbia from the law firm of Jackson Kelly is available to attend the conference set for February 28, 2006 at 3:00 P.M. No otherwise licensed attorney at the law firm of Jackson Kelly with knowledge of the case to adequately represent Joseph A. Carabillo is available by any means if the conference goes forward.

4. The parties in the above styled action have not previously discussed the scheduling of discovery and other matters in this case.

For the reasons set forth above, Joseph A. Carabillo respectfully requests that this Court continue the February 28, 2006 hearing to a date and time convenient for the parties or as the Court deems appropriate. Should the Court deny this Motion, Carabillo requests that a licensed West Virginia attorney from the law firm of Jackson Kelly be permitted to attend by telephone in lieu of Carabillo having no representation.

Respectfully submitted,

_____/s/_____
Daniel G. Grove, Esquire
DC Bar #066399
Jackson Kelly, PLLC
2401 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20037
Telephone: (202) 973-0200
Facsimile: (202) 973-0232

*Counsel for Defendant Joseph A. Carabillo*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of Februrary, 2006, a true and correct copy of the foregoing Motion to Continue February 28, 2006 Status Conference was served upon all counsel of record via Electronic Case Filing or as otherwise required by LCvR 5.4(d) of this Court's Local Rules.

_____/s/_____
Daniel G. Grove