UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
|     Plaintiff, | : |
| v. | :    CASE NO. 1:06CV00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | : |
| and | : |
| AMERICAN INTERNATIONAL SPECIAL LINES INSURANCE COMPANY | : |
|     Defendants, | : |
| v. | : |
| JOSEPH A. CARABILLO, | : |
| JAMES W. LUCE and | : |
| JOHN K. GRELLE | : |
|     Defendants. | : |

## ORDER

UPON CONSIDERATION of Defendant, Joseph A. Carabillo's Motion for a Continuation of the February 28, 2006 Status Conference or in the alternative to allow counsel for Carabillo to attend the status conference telephonically in the captioned matter, and there appearing to be just cause, it is this _____ day of February, 2006, hereby

ORDERED that Carabillo's Motion for a Continuance of the Status Conference scheduled for February 28, 2006, is denied; and it is

{S0309223.1}

FURTHER ORDERED that counsel for Carabillo may attend the Status Conference telephonically, and counsel should call the court at _____.

Entered this 28th day of February, 2006.

_____
Richard J. Leon
United States District Judge

{S0309223.1}