UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:06cv00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al | : |
| Defendants. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | : |
| Counterclaim Plaintiffs, | : |
| v. | : |
| ULLICO INC., | : |
| Counterclaim Defendant. | : |

**MOTION FOR ADMISSION OF
ANGELA R. ELBERT PURSUANT TO LOCAL CIVIL RULE 83.1(d)**

I, John F. Anderson, counsel of record for Ullico Inc. in the above-styled matter, state that I am member of the Bar of this Court and I hereby move the pro hac vice admission of Angela R. Elbert pursuant to Local Civil Rule 83.1(d). Accompanying this Motion is the Declaration of Angela R. Elbert providing the information required in Local Civil Rule 83.1(d). I have examined the qualifications of Ms. Elbert and hereby sponsor her admission in this matter.

ULLICO INC.

By Counsel

TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 221 02
(703) 734-4356

By: *(signature)*
John F. Anderson
D.C. Bar No. 393764

Of Counsel:
Timothy W. Burns
Angela R. Elbert
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:06cv00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al | : |
| Defendants. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | : |
| Counterclaim Plaintiffs, | : |
| v. | : |
| ULLICO INC., | : |
| Counterclaim Defendant. | : |

## DECLARATION OF ANGELA R. ELBERT

I, Angela R. Elbert, declare under the penalty of perjury:

1.  I am an attorney at Neal, Gerber & Eisenberg LLP located at 2 North LaSalle Street, Chicago, Illinois 60602, phone number (3 12) 269-8000.

2.  I am a member in good standing of the Bar of the State of Illinois. I have not been disciplined by any court or any bar.

3.  I have not been admitted pro hac vice in this Court in the past two years, and I do not engage in the practice of law from an office located in the District of Columbia.

4.      I am familiar with the law, facts and procedures applicable to the subject matter of this litigation, and agree to comply with all applicable court rules in connection with this litigation.

_____
Angela R. Elbert

NGEDOCS: 1263785.1