AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ULLICO, INC.

        Plaintiff(s)

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.
        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06cv00080(RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Shannon W. Conway__ as counsel in this
(Attorney's Name)

case for: __National Union Fire Insurance Company of Pittsburgh, PA and American International Specialty Lines Insurance Company__
(Name of party or parties)

May 17, 2006
Date

477863
BAR IDENTIFICATION

_Shannon Conway_ (signature)
Signature

Shannon W. Conway
Print Name

2001 Ross Avenue, Suite 3000
Address

Dallas,       TX       75201
City         State     Zip Code

(214) 758-6609
Phone Number