UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO, INC. | ) |
|     Plaintiff | ) Civil Action No: 1:06cv00080 (RJL) |
| v. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al. | ) |
|     Defendants. | ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al. and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) |
|     Counterclaim Plaintiffs | ) |
| v. | ) |
| ULLICO, Inc. | ) |

**DEFENDANT JOHN K. GRELLE'S INITIAL RULE 26(a)(1) DISCLOSURES**

    Plaintiff / Counterclaim defendant John K. Grelle, in accordance with Federal Rule of Civil Procedure Rule 26(a), makes the following disclosures subject to, and without waiving, his right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client work product or any other applicable privilege, and (b) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Grelle makes these disclosures with the best information available at the time

disclosure is required.  Grelle will continue his investigation and will file supplemental disclosures should additional information subject to disclosure be located.

I. **Individuals Likely to Have Discoverable Information That Grelle May Use to Support His Claims or Defenses.**

   A. One or more current or former members of the Board of Directors of ULLICO Inc., including but not limited to:

   1. Morton Bahr
   2. William Bernard
   3. Linda Chavez-Thompson
   4. Frank Hurt
   5. Earl Kruse
   6. James LaSala
   7. James Rankin
   8. Vincent Sombrotto
   9. John Sweeney
   10. Eugene Upshaw
   11. Jake West
   12. Roy Wyse
   13. John Barry
   14. Marvin Boede
   15. Bill J. Casstevens
   16. John Gentleman
   17. Frank Hanley
   18. John Joyce
   19. Martin Maddaloni
   20. Joseph Maloney
   21. Douglas McCarron

2

22. James McNulty
23. Terence O'Sullivan
24. John Wilhelm
25. James Norton
26. Kenneth Brown

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of ULLICO Inc. corporate governance decisions, including decisions related to the claims in this case.

B. One or more current or former member of the Employee Benefit Plans Administrative Committee of ULLICO Inc., including but not limited to:

1. Robert Georgine
2. Joseph Carabillo
3. John Grelle
4. James Luce
5. Michael Steed
6. Charles Sormani
7. Grover McKean

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of ULLICO Inc. employee benefit plans, including those at issue in this case.

C. One or more current or former executives, officers and employees of ULLICO Inc., including but not limited to:

1. Robert Georgine
2. Richard Silas
3. Lou Hejl
4. Teresa Valentine

     5.     Jacqueline J. Wong

     6.     Brian M. Hechinger

     7.     Mark Singleton

     8.     Blaine Barham

     9.     William Blanton

     10.    Craig Pattenaude

     11.    Grace Kramer

     12.    Erin Barrow

     13.    Jennifer M. Shea

     14.    Christine Bellotti

     15.    Ed Grebow

     16.    Joseph Linehan

     17.    Damon Silver

     18.    Grover McKean

     19.    William DeCinque

     20.    Ted Green

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

    D.    One or more former Members of the Special Committee of the Board of Directors that reviewed the Thompson Report, co-chaired by the late professor John Dunlop (the "Dunlop Committee"), including but not limited to:

     1.     Daniel Mintz

     2.     John Joyce

     3.     Lenore Miller

    4.    Terence O'Sullivan

    5.    James Rankin

    6.    Vincent Sombrotto

    7.    John Wilhelm

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

E.    One or more current or former attorneys at Winston & Strawn, including but not limited to:

    1.    James R. Thompson

    2.    Robert W. Tarun

    3.    Stephen J. Senderowitz

    4.    Daniel A. Ninivaggi

    5.    Timothy M. Broas

    6.    Charles B. Klein

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

F.    One or more current or former attorneys at Sidley Austin, including but not limited to:

    1.    Thomas C. Green

    2.    Joseph W. Armbrust, Jr.

    3.    Karen A. Popp

The above listed individuals are believed to reside in Washington, D.C., Virginia or

Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

    G.    One or more current or former attorneys at Arnold Porter, including but not limited to:

        1.    Edward E. Bintz

        2.    Dennis G. Lyons

        3.    Paul S. Berger

        4.    Robert Litt

        5.    Carey W. Smith

        6.    Richard E. Baltz

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

    H.    One or more current or former attorneys at Ballard, Spahr, Andrews & Ingersol, LLP, including but not limited to:

        1.    James J. Hanks, Jr. Mr. Hanks is likely to have knowledge of the facts underlying the claims at issue in this case.

    I.    One or more current or former attorneys at LeBoeuf Lamb, including but not limited to:

        1.    Douglas Beck. Mr. Beck is likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

    J.      One or more current or former attorneys at Feder, Semo & Bard, P.C., including but not limited to:

          1.      Joseph Semo

          2.      Mark C. Nielsen

          3.      Gerry Feder

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

    K.      One or more current or former outside consultants or lawyers, including but not limited to:

          1.      Kenneth Hugessen

          2.      Zeyad Awad

          3.      Gary Stephani

          4.      Mike Carlin

          5.      Mark Wilcox

          6.      Bob Jones

          7.      David Dawson

          8.      John Reing

          9.      Randy Turk

          10.    Jack Miller

          11.    Sam Walden

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case.

II. **Description of Documents By Category That Grelle May Use to Supports His Claims or Defenses.**

   A. Reports prepared by various individuals, law firms or investigative bodies concerning the ULLICO stock purchase offers and ULLICO stock repurchase programs.

   B. Plan documents of the employee benefit plans at issue in this action.

   C. Reports, analysis or studies discussing compensation, bonus or incentive pay of Grelle and other ULLICO officers during his employment with ULLICO.

   D. ULLICO corporate governance documents and documents received or sent by Grelle while employed by ULLICO.

   E. ULLICO stock purchase offers and ULLICO stock repurchase program documents.

   F. Documents produced, received and/or relied upon in the related matters of ULLICO, Inc. v. Robert Georgine, et al. Case No. 04-361 in the DC Superior Court and *In re* ULLICO LITIGATION, CONSOLIDATED DOCKET AND CASE NUMBER: 1:03CV01556 (RJL) in the United States District Court for the District of Columbia.

III. **Computation of Claim Damages.**

   N/A.

IV. **Disclosure of Applicable Insurance Agreements.**

   Applicable insurance agreements will be made available for inspection and copying.

Dated: May 31, 2006

                                          /s_____
Scott V. Kamins (D.C. Bar No. 463418)
Ari Karen (D.C. Bar No. 457189)
KRUPIN O'BRIEN LLC
1156 Fifteenth Street, N.W., Suite 200
Washington, D.C. 20005
(202) 530-0700 (phone)
(202) 530-0703 (fax)
svk@krupinobrien.com
axk@krupinobrien.com

Attorneys for Defendant John K. Grelle