UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC. | : |
|     Plaintiff, | : |
| v. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, *et al.*, | : |
|     Defendants. | : Civil Action No.: 1:06cv00080 (RJL) |
| --- | --- |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, *et al.*, | : |
| and | : |
| AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY, | : |
|     Counterclaim-Plaintiffs, | : |
| v. | : |
| ULLICO INC. | : |
|     Counterclaim-Defendant. | : |

**DEFENDANT JAMES W. LUCE'S INITIAL RULE 26(a)(l) DISCLOSURES**

Defendant James W. Luce ("Luce"), in accordance with Federal Rule of Civil Procedure Rule 26(a)(1), makes the following disclosures subject to and without waiving his right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client work product or any other applicable privilege, and (b) any and all confidential information until a suitable

protective order is entered to protect the confidentiality of such information. Luce makes these disclosures with the best information available at the time disclosure is required. Luce will continue his investigation and will file supplemental disclosures should additional information subject to disclosure be located.

I. **Individuals Likely to Have Discoverable Information that Luce May Use to Support His Claims or Defenses**.

    A. The Individual Defendants:

        1. James W. Luce
           10712 Milkweed Drive
           Great Falls, VA 22066

        2. John K. Grelle
           2556 Bridge Hill Lane
           Oakton, VA 22124

        3. Joseph A. Carabillo
           1543 Beam Town Road
           Culpeper, VA 22730

The above listed individuals are believed to reside in Virginia. These individuals are likely to have knowledge of ULLICO Inc. insurance policies, the underlying litigation between ULLICO Inc. and John K. Grelle, Joseph A. Carabillo, Robert Georgine and James W. Luce (the "Underlying Litigation"), correspondence between themselves and the insurers and the defense costs incurred by them in the Underlying Litigation.

    B. Employees or Former Employees of AIG Technical Services, Inc.:

        1. Natalie C. Louis, Esquire
           AIG Domestic Claims, Inc. f/k/a AIG Technical Services, Inc.
           175 Water Street, 4th Floor
           New York, NY 10038

      2.     Gene Domanico
           AIG Domestic Claims, Inc. f/k/a AIG Technical Services, Inc.
           175 Water Street, 4th Floor
           New York, NY 10038

The above listed individuals are believed to reside in New York. These individuals are likely to have knowledge relating to the following areas, as supplemented, if necessary: the insurance policies at issue in this action, the availability of coverage under the insurance policies at issue in this action, correspondence between the insurers and Luce; and the insurers' counterclaims in this action.

    C.    Attorneys for AIG Technical Services, Inc.:

      1.     Samuel F. Paniccia, Esquire
           D'Amato & Lynch
           70 Pine Street
           New York, NY 10270

      2.     David R. Ades, Esquire
           D'Amato & Lynch
           70 Pine Street
           New York, NY 10270

The above listed individuals are believed to reside in New York. These individuals are likely to have knowledge of the facts relating to the insurance polices at issue in this action, the coverage positions taken by AIG and National Union with respect to such insurance policies, correspondence between the insurers' and Luce, the insurers' payment of defense costs incurred by Luce in the Underlying Litigation.

D.  Insurance Brokers:

   1.  Allison Eisenberg
       Frank Crystal & Company
       40 Broad Street
       New York, NY 10004

The above listed individual is believed to reside in New York. This individual is likely to have knowledge of the insurance policies at issue in this case, the availability of coverage under such insurance policies, correspondence between the insurers and their counsel and the brokers and/or Luce.

E.  Attorneys for ULLICO Inc.

   1.  Anthony J. Trenga, Esquire
       Miller & Chevalier Chartered
       655 Fifteenth Street, N.W., Suite 900
       Washington, D.C. 20005

   2.  Brian A. Hill, Esquire
       Miller & Chevalier Chartered
       655 Fifteenth Street, N.W., Suite 900
       Washington, D.C. 20005

   3.  Michael Chesman, Esquire
       ULLICO Inc. General Counsel and Corporate Secretary
       1625 Eye Street, N.W.
       Washington, D.C. 20006

   4.  Teresa E. Valentine, Esquire
       ULLICO Inc. Vice-President and Deputy General Counsel
       1625 Eye Street, N.W.
       Washington, D.C. 20006

   5.  Patrick McGlone, Esquire
       ULLICO Inc. Associate General Counsel
       1625 Eye Street, N.W.
       Washington, D.C. 20006

The above listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the insurance policies at issue in this case, correspondence between the insurers and ULLICO Inc. and the litigation costs incurred by ULLICO Inc.

**II.    Description of Documents By Category that Luce May Use to Supports His Claims or Defenses.**

    A.    The Insurance Policies that are the subject of this action.

    B.    Correspondence related to the availability of coverage under the insurance policies that are the subject of this action.

    C.    Pleadings, discovery and documents produced, received and/or relied upon in the related matters of *ULLICO, Inc. v. Robert Georgine, et al., Case No. 04-361* in the Superior Court for the District of Columbia and *In re* ULLICO Litigation, Consolidated Docket and Case Number: 1:03CV01556 (RJL) in the United States District Court for the District of Columbia.

**III.    Computation of Claim Damages.**

    N/A

**IV.    Disclosure of Applicable Insurance Agreements.**

    N/A

Dated: **June 1, 2006**　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Robert E. Scully, Jr.(DC Bar No.340828)
　　　　　　　　　　　　　　　　　　　**REES BROOME & DIAZ, P.C.**
　　　　　　　　　　　　　　　　　　　8133 Leesburg Pike, Suite 900
　　　　　　　　　　　　　　　　　　　Vienna, Virginia 22182
　　　　　　　　　　　　　　　　　　　Tel: (703) 790-1911
　　　　　　　　　　　　　　　　　　　Fax: 703) 848-2530
　　　　　　　　　　　　　　　　　　　Email: rscully@rbdlaw.com
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant James W. Luce*

K:\12\12410\00004\PLDNGS\060601 Luce's Initial Rule 26(a)(1) Disclosures.doc