# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 1:06CV00080(RJL) |
| : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA., et al.,: | |
| : | |
| Defendants. : | |
| : | |
| : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA : | |
| and : | |
| AMERICAN INTERNATIONAL : | |
| SPECIAL LINES INSURANCE : | |
| COMPANY, : | |
| : | |
| Counterclaim Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| ULLICO, INC., : | |
| : | |
| Counterclaim Defendant. : | |

## MOTION TO PERMIT COUNSEL TO APPEAR BY TELEPHONE

Comes now the Defendant, Joseph A. Carabillo, by counsel, and respectfully moves the Court to permit his counsel, Jennifer Z. Cain of Jackson Kelly PLLC's Parkersburg, West Virginia office, to appear by telephone at the June 16, 2006 Scheduling Conference.

As grounds for this motion, counsel states:

1.  Daniel G. Grove is lead counsel for Mr. Carabillo in this matter.

2.  Mr. Grove underwent a renal transplant on May 25, 2006 and expects to be convalescing for several months and, therefore, is unable to actively participate as counsel at the

June 16, 2006 Scheduling Conference.

3. Ms. Cain has recently been granted *pro hac vice* admission with respect to this case by this Court's May 30, 2006 Order in *Carabillo v. American International Specialty Lines Insurance, et al.*, Case No. 1:04CV00970(RJL).

4. Ms. Cain practices law in Parkersburg, West Virginia, a considerable distance from the U.S. Courthouse in Washington, D.C., and, due to prior commitments, would have considerable difficulty making the trip to Washington, D.C. to attend the June 16, 2006 Scheduling Conference in person.

5. In order to continue progress in this matter counsel requests that Ms. Cain be permitted to participate in the June 16, 2006 Scheduling Conference by telephone.

Wherefore, counsel respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Jennifer Z. Cain
WV Bar #583
JACKSON KELLY PLLC
412 Market St., Suite 202
Parkersburg, WV  26101
Telephone:  (304)424-3490
Facsimile:   (304)424-3499

Daniel G. Grove
DC Bar #066399
JACKSON KELLY PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
Telephone:  (859) 255-9500
Facsimile:   (859) 252-0688
*Counsel for Defendant Joseph A. Carabillo*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of June, 2006, true and correct copies of the foregoing Motion to Permit Counsel to Appear by Telephone and proposed Order were served upon all counsel of record via Electronic Case Filing or as otherwise required by LCvR 5.4(d) of this Court's Local Rules.

                                                                                     _____/s/_____
                                                                                          Jennifer Z. Cain