UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO, INC.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO. 1:06CV00080(RJL) |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA., et al.,**: | |
| : | |
| **Defendants.** : | |
| : | |
| : | |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA** : | |
| and : | |
| **AMERICAN INTERNATIONAL** : | |
| **SPECIAL LINES INSURANCE** : | |
| **COMPANY,** : | |
| : | |
| **Counterclaim Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **ULLICO, INC.,** : | |
| : | |
| **Counterclaim Defendant.** : | |

## ORDER

THIS MATTER comes on before the Court on the Defendant, Joseph A. Carabillo's, Motion to Permit Counsel to Appear by Telephone. The Court having considered the same and the responses thereto and, finding good cause exists, it is HEREBY ORDERED that Jennifer Z. Cain of Jackson Kelly PLLC be permitted to participate in the June 16, 2006 Scheduling Conference by telephone.

Entered this _____ day of _____ 2006.

_____
Richard J. Leon
United States District Judge