## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ULLICO, INC.,**

      **Plaintiff,**

                                      **Case No. 1:06CV00080**

**v.**                                        **Judge: Richard J. Leon**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., et al.,**

      **Defendants.**


**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
and
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,**

      **Counterclaim Plaintiffs,**

**v.**

**ULLICO, INC.,**

      **Counterclaim Defendant.**

### DEFENDANT JOSEPH A. CARABILLO'S
### INITIAL RULE 26(a)(1) DISCLOSURES

      COMES NOW Defendant, Joseph A. Carabillo ("Carabillo"), by counsel,

pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure,  and makes the

following disclosures subject to, and without waiving, his right to protect from disclosure

(a) any and all communications protected from disclosure by the attorney-client, work

product, or any other applicable privilege, and (b) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Carabillo makes these disclosures with the best information available at the time disclosure is required and will continue his investigation and will supplement these disclosures should additional information subject to disclosure be located.

A.    **Individuals Likely to Have Discoverable Information That Carabillo May Use to Support His Claims or Defenses**

    1.    One or more current or former members of the Board of Directors of ULLICO, Inc., including but not limited to:

        a.    Morton Bahr
        b.    William Bernard
        c.    Linda Chavez-Thompson
        d.    Frank Hurt
        e.    Earl Kruse
        f.    James LaSala
        g.    James Rankin
        h.    Vincent Sombrotto
        i.    John Sweeney
        j.    Eugene Upshaw
        k.    Jake West
        l.    Roy Wyse
        m.    John Barry
        n.    Marvin Boede
        o.    Bill J. Casstevens
        p.    John Gentleman
        q.    Frank Hanley
        r.    John Joyce
        s.    Martin Maddaloni
        t.    Joseph Maloney
        u.    Douglas McCarron
        v.    James McNulty
        w.    Terence O'Sullivan
        x..    John Wilhelm

y.    James Norton
z.    Kenneth Brown

The above-listed individuals are believed to reside in Washington, D.C., Virginia

or Maryland.  These individuals are likely to have knowledge of ULLICO Inc. corporate

governance decisions, including decisions  related to the claims in this case.

2.    One or more current or former members of the Employee Benefit Plans
      Administrative Committee of ULLICO Inc., including but not limited to:

      a.    Robert Georgine
      b.    Joseph Carabillo
      c.    John Grelle
      d.    James Luce
      e.    Michael Steed
      f.    Charles Sormani
      g.    Grover McKean

The above-listed individuals are believed to reside in Washington, D.C., Virginia

or Maryland.  These individuals are likely to have knowledge of ULLICO Inc. employee

benefit plans, including those at issue in this case.

3.    One or more current or former executives, officers and employees of
      ULLICO, Inc., including but not limited to:

      a.    Robert Georgine
      b.    Richard Silas
      c.    Lou Hejl
      d.    Teresa Valentine
      e.    Jacqueline J. Wong
      f.    Brian M. Hechinger
      g.    Mark Singleton
      h.    Blaine Barham
      i.    William Blanton
      j.    Craig Pattenaude
      k.    Grace Kramer

3

l.    Erin Barrow
m.    Jennifer M. Shea
n.    Christine Bellotti
o.    Ed Grebow
p.    Joseph Linehan
q.    Damon Silver
r.    Grover McKean
s.    William DeCinque
t.    Ted Green
u.    Daniel Arnowitz

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

4.    One or more former Members of the Special Committee of the Board of Directors that reviewed the Thompson Report, co-chaired by the late professor John Dunlop (the "Dunlop Committee"), including but not limited to:

a.    Daniel Mintz
b.    John Joyce
c.    Lenore Miller
d.    Terrence O'Sullivan
e.    James Rankin
f.    Vincent Sombrotto
g.    John Wilhelm

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

4

5.      One or more current or former attorneys for ULLICO Inc., including but not
limited to:

a.      Anthony J. Trenga
b.      Brian A. Hill
c.      Michael Chesman
d.      Teresa E. Valentine
e.      Patrick McGlone

The above-listed individuals are believed to reside in Washington, D.C., Virginia

or Maryland.  These individuals are likely to have knowledge of the facts underlying the

claims at issue in this case.

6.      One or more current or former attorneys at Sidley Austin, including but not
limited to:

a.      Thomas C. Green
b.      Joseph W. Armbrust, Jr.
c.      Karen A. Popp

The above-listed individuals are believed to reside in Washington, D.C., Virginia

or Maryland.  These individuals are likely to have knowledge of the facts underlying the

claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase

offers and stock repurchase programs.

7.      One or more current or former attorneys at Arnold Porter, including but not
limited to:

a.      Edward E. Bintz
b.      Dennis G. Lyons
c.      Paul S. Berger
d.      Robert Litt
e.      Carey W. Smith

       f.     Richard E. Baltz

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland.  These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

8.     One or more current or former attorneys at Ballard, Spahr, Andrews & Ingersol, LLP, including not limited to: James J. Hanks, Jr.  Mr. Hanks is likely to have knowledge of the facts underlying the claims at issue in this case.

9.     One or more current or former attorneys at LeBoeuf Lamb, including but not limited to: Douglas Beck.  Mr. Beck is likely to have knowle3dge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

10.    One or more current or former attorneys at Feder, Semo & Bard, P.C. including but not limited to:

     a.     Joseph Semo
     b.     Mark C. Nielsen
     c.     Gerry Feder
     d.     Howard Bard

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland.  These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO, Inc. employee benefit plans.

11.    One or more current or former outside consultants or lawyers, including but not limited to:

     a.     Kenneth Hugessen

b.    Zeyad Awad
c.    Gary Stephani
d.    Mike Carlin
e.    Mark Wilcox
f.    Bob Jones
g.    David Dawson
h.    John Reing
i.    Randy Turk
j.    Jack Miller
k.    Sam Walden

The above-listed individuals are believed to reside in Washington, D.C., Virginia

or Maryland.  These individuals are likely to have knowledge of the facts underlying the

claims at issue in this case.

12.    One or more current or former Brokers/Agents for ULLICO Inc. and/or the
individual defendants, including but not limited to:

Allison Eisenberg
Frank Crystal & Co.
40 Broad Street
New York, NY 10004

Joseph Vaccaro
ARC Excess & Surplus, LLC
The ARC Group, LLC
1122 Franklin Avenue, 3rd Floor
P.O. Box 9240
Garden City, NY 11530

Stuart Philip Ross
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C.  20006

Theodore M. Pappas
The McLaughlin Company
1725 De Sales Street

7

Washington, D.C.  20036

Webster Hubbell
The McLaughlin Company
1725 De Sales Street
Washington, D.C.  20036

Brenda Mantz
The McLaughlin Company
1725 De Sales Street
Washington, D.C.  20036

The above-listed individuals are likely to have information regarding the insurance

policies at issue in this case, related correspondence,  and other communications

concerning the insurance policies.


B.      Description of Documents By Category and Location that Carabillo May Use to
        Support His Claims or Defenses

    1.      Reports prepared by various individuals, law firms or investigative bodies
            concerning the ULLICO stock purchase offers and ULLICO stock
            repurchase programs.

    2.      Plan documents of the employee benefit plans at issue in this action.

    3.      Reports, analysis or studies discussing compensation, bonus or incentive
            pay of Carabillo and other ULLICO officers during their employment with
            ULLICO.

    4.      ULLICO corporate governance documents and documents received or sent
            by Carabillo while employed by ULLICO.

    5.      ULLICO stock purchase offers and ULLICO stock repurchase program
            documents.

    6.      Documents produced, received and/or relied upon in the related matters of
            ULLICO, Inc. V. Robert Georgine, et al. Case No. 04-361 in DC Superior

8

<u>Court</u> and *In re* ULLICO LITIGATION, CONSOLIDATED DOCKET AND CASE NUMBER: 1:03CV01556 (RJL) in the United States District Court for the District of Columbia.

C.    <u>Computation of Claimed Damages</u>

      N/A

D.    <u>Applicable Insurance Agreements</u>

Applicable insurance agreements will be made available for inspection and copying.

Dated:   June 7, 2006

                                           _____/s/_____
                                           Jennifer Z. Cain
                                           WV Bar # 583
                                           JACKSON KELLY PLLC
                                           412 Market St., Suite 202
                                           Parkersburg, WV 26101
                                           Telephone: (304) 424-3490
                                           Facsimile:  (304) 424-3499

                                           Daniel G. Grove
                                           DC Bar # 066399
                                           JACKSON KELLY PLLC
                                         175 East Main St., Suite 500
                                         Lexington, KY 40507
                                         Telephone: (859) 255-9500
                                         Facsimile:  (859) 252-0688

                                         *Counsel for Defendant Joseph A. Carabillo*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2006, a true and correct copy of the foregoing DEFENDANT JOSEPH A. CARABILLO'S INITIAL RULE 26(a)(1) DISCLOSURES was served upon all counsel of record via Electronic Case Filing or as otherwise required by LCvR 5.4(d) of this Court's Local Rules.


_____/s/_____
Jennifer Z. Cain