UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ULLICO, INC.,**

    **Plaintiff,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al.,**

    **Defendants.**

Case No. 1:06CV00080
Judge: Richard J. Leon

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
and
**AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,**

    **Counterclaim Plaintiffs,**

v.

**ULLICO, INC.,**

    **Counterclaim Defendant.**

### DEFENDANT JOSEPH A. CARABILLO'S
### INITIAL RULE 26(a)(1) DISCLOSURES

COMES NOW Defendant, Joseph A. Carabillo ("Carabillo"), by counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and makes the following disclosures subject to, and without waiving, his right to protect from disclosure (a) any and all communications protected from disclosure by the attorney-client, work

product, or any other applicable privilege, and (b) any and all confidential information until a suitable protective order is entered to protect the confidentiality of such information. Carabillo makes these disclosures with the best information available at the time disclosure is required and will continue his investigation and will supplement these disclosures should additional information subject to disclosure be located.

A.  <u>Individuals Likely to Have Discoverable Information That Carabillo May Use to Support His Claims or Defenses</u>

    1.  One or more current or former members of the Board of Directors of ULLICO, Inc., including but not limited to:

        a.  Morton Bahr
        b.  William Bernard
        c.  Linda Chavez-Thompson
        d.  Frank Hurt
        e.  Earl Kruse
        f.  James LaSala
        g.  James Rankin
        h.  Vincent Sombrotto
        i.  John Sweeney
        j.  Eugene Upshaw
        k.  Jake West
        l.  Roy Wyse
        m.  John Barry
        n.  Marvin Boede
        o.  Bill J. Casstevens
        p.  John Gentleman
        q.  Frank Hanley
        r.  John Joyce
        s.  Martin Maddaloni
        t.  Joseph Maloney
        u.  Douglas McCarron
        v.  James McNulty
        w.  Terence O'Sullivan
        x..  John Wilhelm

  y. James Norton
  z. Kenneth Brown

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of ULLICO Inc. corporate governance decisions, including decisions related to the claims in this case.

 2. One or more current or former members of the Employee Benefit Plans Administrative Committee of ULLICO Inc., including but not limited to:

  a. Robert Georgine
  b. Joseph Carabillo
  c. John Grelle
  d. James Luce
  e. Michael Steed
  f. Charles Sormani
  g. Grover McKean

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of ULLICO Inc. employee benefit plans, including those at issue in this case.

 3. One or more current or former executives, officers and employees of ULLICO, Inc., including but not limited to:

  a. Robert Georgine
  b. Richard Silas
  c. Lou Hejl
  d. Teresa Valentine
  e. Jacqueline J. Wong
  f. Brian M. Hechinger
  g. Mark Singleton
  h. Blaine Barham
  i. William Blanton
  j. Craig Pattenaude
  k. Grace Kramer

       l.      Erin Barrow
       m.    Jennifer M. Shea
       n.     Christine Bellotti
       o.     Ed Grebow
       p.     Joseph Linehan
       q.     Damon Silver
       r.      Grover McKean
       s.     William DeCinque
       t.      Ted Green
       u.     Daniel Arnowitz

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

4.     One or more former Members of the Special Committee of the Board of Directors that reviewed the Thompson Report, co-chaired by the late professor John Dunlop (the "Dunlop Committee"), including but not limited to:

       a.     Daniel Mintz
       b.     John Joyce
       c.     Lenore Miller
       d.     Terrence O'Sullivan
       e.     James Rankin
       f.      Vincent Sombrotto
       g.     John Wilhelm

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

5. One or more current or former attorneys for ULLICO Inc., including but not limited to:

   a. Anthony J. Trenga
   b. Brian A. Hill
   c. Michael Chesman
   d. Teresa E. Valentine
   e. Patrick McGlone

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case.

6. One or more current or former attorneys at Sidley Austin, including but not limited to:

   a. Thomas C. Green
   b. Joseph W. Armbrust, Jr.
   c. Karen A. Popp

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

7. One or more current or former attorneys at Arnold Porter, including but not limited to:

   a. Edward E. Bintz
   b. Dennis G. Lyons
   c. Paul S. Berger
   d. Robert Litt
   e. Carey W. Smith

  f. Richard E. Baltz

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO Inc. employee benefit plans.

8. One or more current or former attorneys at Ballard, Spahr, Andrews & Ingersol, LLP, including not limited to: James J. Hanks, Jr. Mr. Hanks is likely to have knowledge of the facts underlying the claims at issue in this case.

9. One or more current or former attorneys at LeBoeuf Lamb, including but not limited to: Douglas Beck. Mr. Beck is likely to have knowle3dge of the facts underlying the claims at issue in this case, including but not limited to the ULLICO Inc. stock purchase offers and stock repurchase programs.

10. One or more current or former attorneys at Feder, Semo & Bard, P.C. including but not limited to:

  a. Joseph Semo
  b. Mark C. Nielsen
  c. Gerry Feder
  d. Howard Bard

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case, including but not limited to knowledge involving the creation, implementation, administration and amendment of ULLICO, Inc. employee benefit plans.

11. One or more current or former outside consultants or lawyers, including but not limited to:

  a. Kenneth Hugessen

   b. Zeyad Awad
   c. Gary Stephani
   d. Mike Carlin
   e. Mark Wilcox
   f. Bob Jones
   g. David Dawson
   h. John Reing
   i. Randy Turk
   j. Jack Miller
   k. Sam Walden

The above-listed individuals are believed to reside in Washington, D.C., Virginia or Maryland. These individuals are likely to have knowledge of the facts underlying the claims at issue in this case.

 12. One or more current or former Brokers/Agents for ULLICO Inc. and/or the individual defendants, including but not limited to:

Allison Eisenberg
Frank Crystal & Co.
40 Broad Street
New York, NY 10004

Joseph Vaccaro
ARC Excess & Surplus, LLC
The ARC Group, LLC
1122 Franklin Avenue, 3rd Floor
P.O. Box 9240
Garden City, NY 11530

Stuart Philip Ross
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

Theodore M. Pappas
The McLaughlin Company
1725 De Sales Street

>   Washington, D.C. 20036
>
>   Webster Hubbell
>   The McLaughlin Company
>   1725 De Sales Street
>   Washington, D.C. 20036
>
>   Brenda Mantz
>   The McLaughlin Company
>   1725 De Sales Street
>   Washington, D.C. 20036

The above-listed individuals are likely to have information regarding the insurance policies at issue in this case, related correspondence, and other communications concerning the insurance policies.

B.  Description of Documents By Category and Location that Carabillo May Use to Support His Claims or Defenses

   1.  Reports prepared by various individuals, law firms or investigative bodies concerning the ULLICO stock purchase offers and ULLICO stock repurchase programs.

   2.  Plan documents of the employee benefit plans at issue in this action.

   3.  Reports, analysis or studies discussing compensation, bonus or incentive pay of Carabillo and other ULLICO officers during their employment with ULLICO.

   4.  ULLICO corporate governance documents and documents received or sent by Carabillo while employed by ULLICO.

   5.  ULLICO stock purchase offers and ULLICO stock repurchase program documents.

   6.  Documents produced, received and/or relied upon in the related matters of <u>ULLICO, Inc. V. Robert Georgine, et al.</u> Case No. 04-361 in DC Superior

Court and *In re* ULLICO LITIGATION, CONSOLIDATED DOCKET AND CASE NUMBER: 1:03CV01556 (RJL) in the United States District Court for the District of Columbia.

C.   Computation of Claimed Damages

   N/A

D.   Applicable Insurance Agreements

Applicable insurance agreements will be made available for inspection and copying.

Dated:   June 7, 2006

_____/s/_____
Jennifer Z. Cain
WV Bar # 583
JACKSON KELLY PLLC
412 Market St., Suite 202
Parkersburg, WV 26101
Telephone: (304) 424-3490
Facsimile:  (304) 424-3499

Daniel G. Grove
DC Bar # 066399
JACKSON KELLY PLLC
175 East Main St., Suite 500
Lexington, KY 40507
Telephone: (859) 255-9500
Facsimile:  (859) 252-0688

*Counsel for Defendant Joseph A. Carabillo*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of June, 2006, a true and correct copy of the foregoing DEFENDANT JOSEPH A. CARABILLO'S INITIAL RULE 26(a)(1) DISCLOSURES was served upon all counsel of record via Electronic Case Filing or as otherwise required by LCvR 5.4(d) of this Court's Local Rules.

                                            _____/s/_____
                                             Jennifer Z. Cain