# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ULLICO, INC. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action  No:  1:06cv00080 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA., et al. | ) | |
| and | ) | |
| AMERICAN INTERNATIONAL | ) | |
| SPECIALTY LINES INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Counterclaim Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ULLICO, Inc. | ) | |

## DECLARATION OF JAMES E. FAGAN, III IN SUPPORT
## OF MOTION PRO HAC VICE ADMISSION TO THE PRACTICE OF LAW IN THE
## <u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

THIS DECLARATION is submitted in support of the motion pursuant to Rule 83.2(d) of

the Local Civil Rules of this Court for an Order permitting me to appear as counsel *pro hac vice*

on behalf of Defendant John Grelle in this action.

1.     My full name is James E. Fagan, III.

2.     I practice law at the office of Krupin O'Brien LLC, 1156 Fifteenth Street,

N.W., Suite 200, Washington, DC  20005, the telephone number is (202) 530-0700.

3.        I am a member in good standing of the Virginia State Bar.

4.        I have not been disciplined by any bar.

5.        In the last two years, I have been admitted *pro hac vice* in the United States District Court for the District of Columbia only in the related case of *Joseph A. Carabillo v. Ullico, Inc., and related counterclaims, case no. 1:03CV01556(RJL)*.

6.        I engage in the practice of law from an office in the District of Columbia, and my application for admission is pending with the District of Columbia Bar.

7.        I have personal familiarity with the Local Rules of this Court as required by LCvR 83.2(j).

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 16th day of June, 2006.

_____/s/_____
James E. Fagan, III
Virginia Bar # 34379
KRUPIN O'BRIEN LLC
1156 Fifteenth Street, N.W., Suite 200
Washington, D.C. 20005
(202) 530-0700
(202) 530-0703 Facsimile