# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ULLICO, INC.<br><br>　　　　Plaintiff<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA., et al.<br><br>　　　　Defendants.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA., et al.<br>and<br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY,<br><br>　　　　Counterclaim Plaintiffs<br><br>　　v.<br><br>ULLICO, Inc. | Civil Action No: 1:06cv00080 (RJL) |

## MOTION FOR PRO HAC VICE OF JAMES E. FAGAN, III, WITH DECLARATION, AS ADDITIONAL COUNSEL FOR JOHN GRELLE

Ari Karen, of Krupin O'Brien LLC, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves for the admission pro hac vice of James E. Fagan, III as additional counsel of record for Defendant John Grelle. Attached to this motion, Mr. Karen offers a declaration by James E. Fagan, III, in support of his admission pro hac vice. Undersigned counsel continues to remain lead counsel for Mr. Grelle in defense of these claims, and believes that all requirements of this Court for the admission, pro hac vice, of Mr. Fagan have been satisfied.

2

WHEREFORE, Ari Karen moves for the admission pro hac vice of James E. Fagan, III as additional counsel for Defendant John Grelle.

Dated: June 16, 2006

/s/
Ari Karen (D.C. Bar No. 457189)
KRUPIN O'BRIEN LLC
1156 Fifteenth Street, N.W., Suite 200
Washington, D.C. 20005
(202) 530-0700 (phone)
(202) 530-0703 (fax)
axk@krupinobrien.com

Counsel for Defendant John K. Grelle
