# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO, INC. ) | |
| Plaintiff ) | Civil Action No: 1:06cv00080 (RJL) |
| v. ) | |
| NATIONAL UNION FIRE INSURANCE ) COMPANY OF PITTSBURGH, PA., et al. ) | |
| Defendants. ) | |
| NATIONAL UNION FIRE INSURANCE ) COMPANY OF PITTSBURGH, PA., et al. ) and ) AMERICAN INTERNATIONAL ) SPECIALTY LINES INSURANCE ) COMPANY, ) | |
| Counterclaim Plaintiffs ) | |
| v. ) | |
| ULLICO, Inc. ) | |

## ORDER GRANTING PRO HAC VICE ADMISSION OF
## JAMES E. FAGAN, III TO THE PRACTICE OF LAW IN
## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ari Karen, of Krupin O'Brien LLC and a member of the Bar of this Court, pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court to grant James E. Fagan, III the privilege to appear and participate in this case pro hac vice as counsel for Defendant John Grelle. In support of said motion, James E. Fagan, III has submitted a declaration as required by LCvR 83.2(d); and requirements of LCvR 83.2(d), it is this ____ day of June, 2006:

2

**ORDERED** that this motion for admission pro hac vice admission is **GRANTED** and that James E. Fagan, III be permitted the privilege to appear and participate in this case on a pro hac vice basis on behalf of Defendant John Grelle; and it is hereby further

**ORDERED** that the Clerk of the Court shall serve a certified copy of this order on all counsel of record.

_____
Honorable Richard J. Leon