UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ULLICO INC.,**<br>          Plaintiff,<br>     v.<br>**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,** et al.,<br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:06cv00080 (RJL-AK) |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** and **AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,**<br>          Counterclaim Plaintiffs,<br>     v.<br>**ULLICO INC.,**<br>          Counterclaim Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

## STIPULATION AND
## CONSENT MOTION REGARDING DISCOVERY

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff Ullico Inc. ("Ullico") and Defendants American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") that the time for serving responses and objections to the discovery served by Ullico to AISLIC and National Union and the discovery served

1

on Ullico by AISLIC and National Union be enlarged up to and including September 27, 2006.

Respectfully submitted,

TROUTMAN SANDERS LLP

By:     /s/ John F. Anderson

John F. Anderson (#393764)
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102
(703) 734-4356
Counsel for Ullico Inc.

PATTON BOGGS LLP

By:     /s/ David J. Farber

David J. Farber
2550 M Street, N.W.
Washington, D.C.  20037
(202) 457-6000
Counsel for National Union Fire
Insurance Company of Pittsburg, PA
and American International Specialty
Lines Insurance Company