UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ULLICO, INC.,

      Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA., et al.,

      Defendants.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
and
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,

      Counterclaim Plaintiffs,

v.

ULLICO, INC.,

      Counterclaim Defendant.

Case No. 1:06CV00080
Judge: Richard J. Leon

## NOTICE OF CHANGE
## OF ADDRESS AND TELEPHONE NUMBER

Please take notice that effective September 13, 2006, the address and telephone number of the undersigned counsel for Defendant, Joseph A. Carabillo, will be changed to the following:

Jennifer Z. Cain
Jackson Kelly PLLC
256 Russell Avenue
Post Office Box 68
New Martinsville, WV 26155
(304)455-1751



Respectfully submitted,

**JOSEPH A. CARABILLO**
By Counsel



_____/s/_____
JENNIFER Z. CAIN
*Pro hac vice*
WV Bar ID # 583
JACKSON KELLY PLLC
412 Market St., Suite 202
P.O. Box 1144
Parkersburg, WV 26102
(304) 424-3490

Daniel G. Grove
DC Bar # 066399
JACKSON KELLY PLLC
175 East Main St., Suite 500
Lexington, KY 40507
(859) 255-9500

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of September, 2006, true and correct copies of the foregoing Notice of Change of Address and Telephone Number were served upon all counsel of record via Electronic Case Filing or as otherwise required by LCvR 5.4(d) of this Court's Local Rules.

                                         _____/s/_____
                                         JENNIFER Z. CAIN