UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., :<br>:<br>  Plaintiff, :<br>: Case No. 1:06CV00080 (RJL)<br>v. :<br>:<br>NATIONAL UNION FIRE :<br>INSURANCE COMPANY OF :<br>PITTSBURGH, PA, *et al.*, :<br>:<br>  Defendants. :<br>--------------------------------------------------- :<br>:<br>NATIONAL UNION FIRE INSURANCE :<br>COMPANY OF PITTSBURGH, PA :<br>and :<br>AMERICAN INTERNATIONAL :<br>SPECIALTY LINES INSURANCE :<br>COMPANY :<br>:<br>  Counterclaim Plaintiffs, :<br>:<br>v. :<br>:<br>ULLICO INC., :<br>:<br>  Counterclaim Defendant. :<br>_____: | |

**STIPULATION AND CONSENT MOTION REGARDING DISCOVERY**

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff Ullico Inc. ("Ullico") and Defendants American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") that the time for serving responses and objections to the discovery served by Ullico to

389201

AISLIC and National Union and the discovery served on Ullico by AISLIC and National Union shall be enlarged up to and including October 12, 2006.

**PATTON BOGGS LLP**

By: _____/s/ David J. Farber_____

David J. Farber
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for National Union Fire Insurance Company of Pittsburgh, PA and American International Specialty Lines Insurance Company*

By: _____/s/ John F. Anderson_____

John F. Anderson
1660 International Drive
Suite 600, Tysons Corner
McLean, VA 22102
Telephone: (703) 734-4356

*Counsel for Ullico Inc.*

389201