UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO, INC.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO. 1:06CV00080(RJL) |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA., et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA** : | |
| **and** : | |
| **AMERICAN INTERNATIONAL** : | |
| **SPECIAL LINES INSURANCE** : | |
| **COMPANY,** : | |
| : | |
| **Counterclaim Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **ULLICO, INC.,** : | |
| : | |
| **Counterclaim Defendant.** : | |

### MOTION TO PERMIT COUNSEL TO APPEAR BY TELEPHONE

Comes now the Defendant, Joseph A. Carabillo, by counsel, and respectfully moves the Court to permit his counsel, Jennifer Z. Cain of Jackson Kelly PLLC's New Martinsville, West Virginia office, to appear by telephone at the October 6, 2006 Status Conference.

As grounds for this motion, counsel states:

1. Daniel G. Grove is lead counsel for Mr. Carabillo in this matter.

2. Mr. Grove underwent a renal transplant on May 25, 2006 and expects to be convalescing for several months and, therefore, is unable to actively participate as counsel at the

October 6, 2006 Status Conference.

3.  Ms. Cain was granted *pro hac vice* admission with respect to this case by this Court's May 30, 2006 Order in *Carabillo v. American International Specialty Lines Insurance, et al.*, Case No. 1:04CV00970(RJL).

4.  Ms. Cain practices law in Jackson Kelly PLLC's New Martinsville, West Virginia office, which is a considerable distance from the U.S. Courthouse in Washington, D.C., and would incur substantial cost and expense if required to attend the October 6, 2006 Scheduling Conference in person.

5.  Consequently, counsel requests that Ms. Cain be permitted to participate in the October 6, 2006 Scheduling Conference by telephone.

Wherefore, counsel respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Jennifer Z. Cain
*Pro hac vice* WV Bar #583
JACKSON KELLY PLLC
256 Russell Avenue
New Martinsville, WV 26155
Telephone: (304)455-1751
Facsimile: (304)455-6314

Daniel G. Grove
DC Bar #066399
JACKSON KELLY PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
Telephone: (859) 255-9500
Facsimile: (859) 252-0688
*Counsel for Defendant Joseph A. Carabillo*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of September, 2006, true and correct copies of the foregoing Motion to Permit Counsel to Appear by Telephone and proposed Order were served upon all counsel of record via Electronic Case Filing or as otherwise required by LCvR 5.4(d) of this Court's Local Rules.

                                                  _____/s/_____
                                                        Jennifer Z. Cain