## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO, INC.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO. 1:06CV00080(RJL) |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA., et al.,**: | |
| : | |
| **Defendants.** : | |
| : | |
| : | |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA** : | |
| **and** : | |
| **AMERICAN INTERNATIONAL** : | |
| **SPECIAL LINES INSURANCE** : | |
| **COMPANY,** : | |
| : | |
| **Counterclaim Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **ULLICO, INC.,** : | |
| : | |
| **Counterclaim Defendant.** : | |

## ORDER

THIS MATTER comes on before the Court on the Defendant, Joseph A. Carabillo's, Motion to Permit Counsel to Appear by Telephone. The Court having considered the same and the responses thereto and, finding good cause exists, it is HEREBY ORDERED that Jennifer Z. Cain of Jackson Kelly PLLC be permitted to participate in the October 6, 2006 Status Conference by telephone.

Entered this \_\_\_\_ day of _____ 2006.

_____
Richard J. Leon
United States District Judge