UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., : |  |
| : |  |
| Plaintiff, : |  |
| : |  |
| v. : | Civil Action No. 1:06cv00080 (RJL) |
| : |  |
| NATIONAL UNION FIRE INSURANCE : |  |
| COMPANY OF PITTSBURGH, PA., et al., : |  |
| : |  |
| Defendants. : |  |

**DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' EXPEDITED
MOTION TO EXTEND TIME FOR EXPERT DESIGNATION**

Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company ("National Union") (AISLIC and National Union are hereinafter collectively referred to as the "Insurers"), by and through their undersigned counsel and pursuant to Local Civil Rule 7, hereby move for an expedited order granting an extension of time to designate their experts of ninety (90) days, to and including January 30, 2007. In support of the Insurers' motion, they hereby state:

Pursuant to the parties' Joint Rule 16.3 Report (Docket #16, April 17, 2006), the deadline for defendants and counterclaim defendant to designate their experts and provide expert reports is currently set for November 1, 2006. *Id.* at p. 4. However, discovery has just begun in this litigation and, although Plaintiff and the Insurers have exchanged discovery requests and written

393277

responses[1], neither party has yet to provide the other with actual responsive documents; no depositions have been taken or even noted by Plaintiff or the Insurers; and the remaining Defendants (Carabillo, Grelle and Luce) have yet to participate in the discovery process at all. Thus, the Insurers are unable at this juncture even to determine whether expert testimony will be necessary, whether in their affirmative case or in the defense of Plaintiff's claims against them.

An extension of time for the designation of experts will allow the Defendants to properly evaluate the facts and evidence surrounding Plaintiff's claims and present expert testimony that properly addresses such claims. The requested extension will allow the discovery process to move forward in a more efficient and orderly manner.

Pursuant to Local Civil Rule 7.1, counsel for the Insurers communicated with counsel for Ullico, Carabillo, Grelle and Luce about the instant motion in correspondence and telephone conferences during the week of October 16, 2006. Unanimous consent to this Motion was not achieved.

---

[1] Although Ullico and the Insurers have exchanged written discovery responses, those exchanges were made after two extensions of time (totaling 45 days) pursuant to the Joint Stipulations submitted to this Court (Docket # 27, 29). The Insurers also anticipate the exchange of various discovery-related meet-and-confer communications, as well as the possibility of discovery-related motions to be resolved by Magistrate Kay in the unlikely event the parties do not reach a resolution on their own.

For the foregoing reasons, the Insurers respectfully request that this Court grant a ninety (90)-day extension of time, to and including January 30, 2007, for the Defendants to designate their experts.  A proposed Order is attached hereto.

Dated:  October 27, 2006

                                      Respectfully submitted,

                                      **PATTON BOGGS LLP**

By:                   /s/               
      David J. Farber (415899)
      Shannon W. Conway (477863)
      2550 M Street, N.W.
      Washington, D.C.  20037
      Telephone:  (202) 457-6000
      Facsimile:   (202) 457-6315

*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPH A. CARABILLO** | : | |
| | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | : | Case No. 1:04CV00970 (RJL) |
| v. | : | |
| | : | |
| **AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY** | : | |
| and | : | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** | : | |
| | : | |
| **Defendants/Counterclaim Plaintiffs** | : | |
| ------------------------------------------------------------- | : | |
| **ULLICO INC.,** | : | |
| | : | |
| **Plaintiff/Counterclaim Defendant,** | : | |
| | : | Case No. 1:06cv0080 (RJL/AK) |
| v. | : | |
| | : | |
| **AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY** | : | |
| and | : | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** | : | |
| | : | |
| **Defendants/Counterclaim Plaintiffs** | : | |

## ORDER

UPON CONSIDERATION of Defendants'/Counterclaim Plaintiffs' Expedited Motion to Extend Time for Expert Designation, and the arguments in opposition, it is this ___ day of _____ 2006:

393277

**ORDERED** that Defendants'/Counterclaim Plaintiffs' Motion to Extend Time be, and the same hereby is GRANTED; and it is

**FURTHER ORDERED** that the Defendants' time to designate their experts is extended for ninety (90) days, to and including January 30, 2007.

_____
Alan Kay
United States Magistrate Judge