# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ULLICO INC.,                 :

       Plaintiff,       :

     v.                :     Civil Action No. 1:06cv00080 (RJL)

NATIONAL UNION FIRE INSURANCE   :
COMPANY OF PITTSBURGH, PA, et al.,   :

       Defendants.    :

NATIONAL UNION FIRE INSURANCE   :
COMPANY OF PITTSBURGH, PA,   :
and                     :
AMERICAN INTERNATIONAL     :
SPECIALTY LINES INSURANCE   :
COMPANY,             :

     Counterclaim Plaintiffs,   :

     v.                :

ULLICO INC.,                :

     Counterclaim Defendant.   :

## AFFIDAVIT OF TIMOTHY W. BURNS
## IN SUPPORT OF ULLICO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Timothy W. Burns, being first duly sworn on oath, deposes and states as follows:

1.    I am an attorney licensed to practice in the State of Illinois and the State of Missouri, and admitted *pro hac vice* to practice before the United State District Court for the District of Columbia. I am a partner with the law firm of Neal, Gerber & Eisenberg, which has been retained by Ullico Inc. ("Ullico") to represent it in this insurance coverage matter.

2.    A true and correct copy of AIG's brochure for its ERISA Liability portion of AIG's Gold Package dated April 2001 is attached hereto as Exhibit A.

3.    True and accurate copies of the website of Joseph Semo LLC obtained on October 10, 2006 from the Joseph Semo LLC's website; the biography of Thomas Gigot obtained on October 10, 2006 from the Groom Law Group's website; and the biography of Theodore Groom obtained on October 10, 2006 from the Groom Law Group's website are attached hereto as Exhibit B.

FURTHER AFFIANT SAYETH NOT

_____
Timothy Burns

SUBSCRIBED and SWORN to
Before me this 3ʳᵈ day of
October, 2006.

OFFICIAL SEAL
LACEY R. BAILEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-14-2008

NGEDOCS: 018511.0002:1335713.2

# EXHIBIT A

**AIG**

ERISA
*Liability*

# AIG

**American International Companies**

The Gold Package® brings together American
International Companies' more than one quarter
century of innovation and expertise in a
distinctive collection. The Gold Package features
premier management liability insurance coverages
—including Directors & Officers Liability,
Employment Practices, ERISA Liability and Crime
coverages—in combination with unique loss
control, litigation management and claims services.

It's a 24-karat solution that meets the most urgent
needs of our insureds.  And it's all backed by the
world-class financial strength of the member com-
panies of American International Group, Inc. (AIG).

## IN PERSPECTIVE

Plan sponsors and their management are more concerned about fiduciary liability than ever—and rightfully so.  Because precisely the initiatives organizations use to support bottom-line growth and attract a strong work-force are the ones that put sponsor and management assets at risk in costly ERISA liability claims.  *Witness the ramifications of layoffs, employee leasing, managed care, cash balance plans, early retirement programs, and more.*

At the same time, the Employee Retirement Income Security Act of 1974 (ERISA), which sets forth and regulates fiduciary responsibility, has been steadily amended to expand protection for plan participants—and potential liability for fiduciaries.

### HOW CAN PLAN SPONSORS PROTECT ASSETS AND PUT MANAGEMENT AT EASE?

With exceptionally broad ERISA Liability Insurance — coverage that provides the expansive protection organizations need to confidently pursue their business strategies, while shielding sponsor and management assets against the ever-longer reach of fiduciary liability.  *A policy available only from American International Companies, the nation's D&O management liability leader.*



**GOLD PACKAGE**©

# THE POWER OF PREVENTION

## PROACTIVE LOSS MITIGATION

American International Companies' policy provides strong support for insureds' efforts to avoid ERISA liability claims and to mitigate losses. This support is manifested in built-in coverage for the Department of Labor's new Fiduciary Correction Program penalties, including coverage for certain expenses associated with making corrections under the program.  The policy also includes coverage for certain fees and penalties imposed when an insured moves to correct operational or administrative plan defects under the IRS' voluntary compliance program.  Even delinquent 5500 filer penalties under a DOL or IRS Delinquent Filer Voluntary Compliance Program are covered.

There are also important provisions that address often-costly U.S. Department of Labor and Pension Benefit Guarantee Corporation (PBGC) "fact-finding" investigations, Department of Labor 502(l) and 502(i) penalties for ERISA violations, and certain penalties under the United Kingdom's Pensions Act of 1995.

## FORWARD-LOOKING COVERAGE FOR MANAGED CARE EXPOSURES

Managed care opens another area of fiduciary exposure, one likely to grow in the years ahead.  Anticipating this vulnerability, our policy also incorporates defense cost coverage for bodily injury claims brought against insureds[3].



*Doorway to China, 1993*
**CHRISTIAN PIERRE**



## Courts Advocate Insurance for Fiduciaries

*While sympathetic to an individual who was being held personally liable for plan losses, a court noted the availability of fiduciary liability insurance and stated that "prudent" fiduciaries would have their plan or employers secure it.[4]*

# PORTRAIT OF AN INDUSTRY LEADER

American International Companies® have been helping companies most effectively respond to fast-changing ERISA liability and other management liability exposures for more than twenty-five years. We've done this successfully by continually anticipating and responding to the needs of insureds. And we'll continue to do so.

American International Companies are the member companies of American International Group, Inc. (AIG), a world leader in insurance and financial services. Our unrivaled financial strength and claims-paying ability consistently receive top marks from the industry's principal rating agencies: A++ from A.M. Best Company; AAA from Standard & Poor's; and Aaa from Moody's. With AIG operations in approximately 130 countries and jurisdictions worldwide, we also have the global network and the depth of resources to be where our insureds need us, when they need us.

To learn more about our ERISA Liability Insurance or the Gold Package®, contact your insurance broker or the American International Companies regional office nearest you, or e-mail us at managementliability@aig.com.



*In the Garden, Paris*

# *ERISA Liability*



## HIGHLIGHTS

ERISA Liability Insurance takes American International Companies' previous standard-setting fiduciary liability policy a step further by providing more insureds with even broader coverage for more types of plans worldwide.  The policy also provides unique flexibility and support in managing litigation and mitigating losses.

## COVERAGES:

▲ Definition of "Plan" includes:
  - ▲ Pension and welfare plans, foreign or domestic[1]
  - ▲ Qualified and non-qualified plans[2]
  - ▲ Newly created plans—*automatically included*[1]
  - ▲ Plans that have been considered by company management but not yet created
  - ▲ Cafeteria plans
  - ▲ Dependent care assistance programs
  - ▲ Fringe benefits
  - ▲ Voluntary Employees' Benefits Association Plans (VEBAs)

▲ Defense costs for bodily injury claims[3]

▲ Department of Labor Voluntary Fiduciary Correction Program Penalties

▲ Voluntary Compliance Penalties levied by the IRS

▲ U.K. fines and penalties

▲ Delinquent 5500 filer penalties

▲ Pension plans inadvertently not reported to the insurer[4]

▲ Informal U.S. Department of Labor and PBGC (Pension Benefit Guaranty Corporation) fact-finding investigations

▲ Automatic plan coverage for newly acquired subsidiaries—where the plan assets total less than 25% of the total assets of all covered plans[1]

**ADDITIONAL COVERAGE FEATURES**

[1] Except for Employee Stock Ownership Plans (ESOPs) and stock option plans, which may be added by endorsement, and multiemployer plans.
[2] Except for stock option plans (which may be added by endorsement).
[3] Defense costs incurred in connection with a "Claim" for "Breach of Fiduciary Duty", as defined in the policy.
[4] Except for largest five pension plans (by asset size) of sponsor organization, ESOPs and stock option plans, and sold or terminated plans, assuming timely notification. Additional premium may be required.

**H I G H L I G H T S** (C O N T I N U E D)

*Plus:*

▲ Limits up to $50 million available

▲ Insured has the right to participate in their own defense

▲ Insured can assume the Duty to Defend (within 60 days of claim), and if they do, receive automatic advancement of defense costs

▲ Insured has access to ERISA Panel Counsel, our nationwide network of top ERISA liability litigators[5]

▲ For claims against a foreign insured operating or located in a foreign jurisdiction, the policy shall apply the more favorable terms and conditions of the American International Companies' foreign pension trust liability policy equivalent that is approved in the particular foreign jurisdiction

▲ The policy retention applies to defense costs only

## ADDITIONAL FEATURES:

▲ Definition of "ERISA" is broadened to include the Health Insurance Portability and Accountability Act of 1996, the Newborns' and Mothers' Health Protection Act of 1996, the Mental Health Parity Act of 1996, and the Women's Health and Cancer Rights Act of 1998

▲ ESOP is defined as any plan with 20% or more of its' assets in employer securities, eliminating the requirement of listing plans that hold insignificant amounts of such securities

▲ Definition of "Subsidiary" is broadened to include organizations of which the Named Sponsor has Management Control and 501(c)(3) organizations[6]

▲ Subsidiaries created or acquired during the policy period are automatically covered—*regardless of the subsidiaries' size*

▲ The policy is non-cancelable by the insurer—except for non-payment of premium

▲ A simpler definition of "Plan" eliminates the listing requirement for ESOPs that have already been reported to the insurer and covered on a policy of which the policy is a renewal

▲ Punitive damages are covered where insurable by law

▲ Explicit defense cost coverage is provided for items expressly excluded from the definition of "Loss"

▲ Coverage is provided for plans for employees, as well as plans for directors and officers

[5] Required only for Voluntary Compliance Loss and certain claims as defined in the policy.
[6] Sponsored exclusively by the Organization.

▲ Automatic coverage is provided for wrongful acts of insureds who continue to administer or act as fiduciaries of sold or spun-off plans

▲ The sponsor organization includes the debtor in possession in the event of bankruptcy

▲ Exception to the pollution exclusion is made for non-indemnifiable loss[7]

▲ Generous discovery clause

    ▲ Discovery option is available when either the insured or the insurer cancels or non-renews coverage

    ▲ One, two and three year options available

▲ Multi-year run-off quote upon change in control, at the insured's request

▲ Reporting of claim not required until after the named sponsor's general counsel or risk manager or equivalent position becomes aware of claim[8]

▲ Loss includes pre/post judgment interest on a covered judgment

▲ 30-day post-policy reporting window

▲ Spousal, domestic partner and estate extension

▲ No "reversion of assets" exclusion

▲ No "prior acts" exclusion

▲ No "failure to maintain insurance" exclusion

▲ No "ERISA discrimination" exclusion

▲ Defined terms are bolded in the policy text for readability

---

[7] Other than clean-up costs.

[8] *In all events claims must be reported no later than the end of the policy period or within the 30 day post-policy reporting period.*

**E R I S A    L I A B I L I T Y    I N S U R A N C E**



**American International Companies®**

# G O L D    P A C K A G E®

ERISA Liability Insurance is part of American

International Companies' Gold Package®, a

distinctive collection featuring leading-edge

management liability insurance coverages in

combination with unique loss control, litigation

management and claims services. American

International Companies—the member

companies of American International Group, Inc.

(AIG)—receive the highest ratings for financial

strength and claims-paying ability: A++ by

A.M. Best Company, AAA by Standard & Poor's,

and Aaa by Moody's.

For more information, please contact your insurance broker, your local American International
Companies' office or e-mail us at managementliability@aig.com.

The above described coverage may not be available in all states, and the above descriptions are neither a complete description nor a complete
list of all terms, conditions and exclusions. Note that certain terms used in the above are defined in the policy. Please see the policy for a
complete description of it's scope and limitations of coverage. Issuance of coverage is subject to underwriting.

 Insurance provided by the
member companies of American International Group, Inc.

American International Companies®
Executive Offices
70 Pine Street
New York, NY 10270
212.770.7000
www.aig.com

# EXHIBIT B



Overview | Mission Statement | Representative Engagements | Community Service
Reported Cases | Presentations | Publications

**OVERVIEW**

Joseph Semo, LLC represents clients in the general practice of law, including subjects of:

3 Metro Center
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**

- corporate and commercial law;
- employment law;
- executive compensation;
- employee benefits, including Taft-Hartley arrangements;
- ERISA fiduciary, and prohibited transaction analysis;
- litigation (including enforcement of non-competition agreements); and
- medical practice management/regulatory issues.

Overview | Mission Statement | Representative Engagements | Community Service



**Overview | Mission Statement | Representative Engagements | Community Service**
Reported Cases | Presentations | Publications

**MISSION STATEMENT**

The professional mission of Joseph Semo, LLC, is to provide the most respected source for legal services without compromising our principles. The following principles will guide the delivery of our services and our growth:

1. Secure a work environment which will allow the talents of our people to be fully exercised and mature, treating one another with respect and dignity at all times and recognizing that diversity is an essential component to enabling us to accomplish our professional objective.

2. Apply the highest standard of professional care and concern to each matter entrusted to us, recognizing the dignity of each client and that entrusting such matters to us is the greatest professional honor the client can bestow.

3. Earn enthusiastically satisfied clients. Our clients recognize that we are often asked to deal with very unpleasant matters. It is our duty to reciprocate their trust and to be candid with both good news and bad. Our clients expect absolute candor, they deserve no less.

4. Contribute positively to the communities in which we work and live. Members of this organization who have only delivered "billable work" have failed to fulfil their obligations. Cash donations alone do not fulfil this obligation.

5. Profitability is essential to our ability to execute our mission. Our clients expect us to request a fair and reasonable fee that will allow us to make a reasonable profit. It is our responsibility to manage the expenses we incur to avoid our having to charge larger fees and so that we may deliver outstanding value.

3 Metro Center
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**

Home | Overview | Mission Statement | Representative Engagements | Community Service



**3 Metro Center**
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**

Overview | Mission Statement | Representative Engagements | Community Service
Reported Cases | Presentations | Publications

## REPRESENTATIVE ENGAGEMENTS

Examples of recent assignments:

**Administrative Proceedings:**

Representation of employee benefits committee required to correct errors of predecessor committee in failing to properly value privately held employer stock held by the employee benefit plan.

Representation of corporation in connection with Department of Labor investigation of propriety of fee charges.

**Corporate:**

Conduct internal investigation of corporate stock transactions to determine whether distributions of stock and other equity interests to employees were executed consistent with terms of agreement with venture capital investors.

Guide negotiation of employment agreement for senior executive of privately held company.

Guide negotiation of employment agreement for senior executive of publicly traded company including assembly of documentation of reasonableness of transaction to establish evidence of reasonableness to withstand Sarbanes-Oxley examination.

**Employee Benefit Plans:**

Guide transition of 401(k) plan investments between investment companies, including guidance on Sarbanes-Oxley blackout communications.

Guide plan administrative committee on proper process for reviewing denial of medical claim.

Evaluate alternative self-correction methods with respect to operational error in administration of employee benefit plan.

Represent participant in appeal of plan's denial of individual claim.

Guide review of non-qualified employee benefit plans with respect to new Internal Revenue Code section 409A provisions.

**Employee Benefit - Taft Hartley Plans:**

Advise fiduciaries with regard to obligation to report expense reimbursements, including obligations under Forms LM-10 and LM-30.

Advise fiduciaries with respect obligations under Medicare Part D requirements.

**Litigation:**

On behalf of a technology company, pursue damages for the violation of a restrictive covenant. Case resolved by settlement including recovery of damages for breach of the restrictive covenant.

Defense of corporation in ERISA action where participant of an investor-plan in corporation's stock alleged breach of fiduciary duty by corporation and its directors in connection with stock

repurchase program.

Representation of related employee benefit plans in pursuing contributions from employer. Case resolved by collection of contributions, interest and liquidated damages, including award of attorney fees.

Co-counsel in defense of multiple fiduciaries of several employee benefit plans sued by Department of Labor for alleged breach of fiduciary duty arising from investment in Capital Consultants. Case referred for management through multi-district litigation proceedings. Case settled within insurance limits.

**Medical Practice Issues:**

Representation of medical practice in internal investigation of practice issues, including compliance with proper coding standards.

Preparation of employment agreements and negotiation of restrictive covenants.

Consultation with respect to investigation of bookkeeper theft.

Consultation regarding documentation and reporting to appropriate licensing authorities of misappropriation of controlled substances by staff.

Negotiation of change of control of physician's practice.

Home | Overview | Mission Statement | Representative Engagements | Community Service



JOSEPH
**SEMO**
L L C

3 Metro Center
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**

Overview | **Mission Statement** | **Representative Engagements** | **Community Service**
Reported Cases | Presentations | Publications

**COMMUNITY SERVICE**

Mr. Semo serves the following organizations:

Director (and President of Board of Directors) **D.C. Employment Justice Center**, Washington, D.C. The organization provides legal services for the working poor and serves as a watchdog that public agencies fulfill their safety net functions.

Director, **Partnership for Jewish Life and Learning**. The Partnership supports Jewish community by facilitating access to Jewish education opportunities and by networking Jewish service organizations to enhance access to resources of the Jewish Community.

Chairman, Board of Advisors, **Wharton School Club of Washington**. The Club serves to provide a facility for Wharton alumni to network and provides scholarship opportunity for Undergraduate and Graduate study at the Wharton School.

Member, **Mid-Atlantic Region Advisory Board, University of Pennsylvania**. MARAB provides an opportunity for University of Pennsylvania alumni to support the University and to provide scholarship funds to support education at the University.

Home | Overview | Mission Statement | Representative Engagements | Community Service



3 Metro Center
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**

Overview | **Mission Statement** | **Representative Engagements** | **Community Service**
Reported Cases | Presentations | Publications

## REPORTED CASES

*Weil v. Markowitz* , Nos. 85-6002, 85-6003, 85-6110 and 85-6111, United States Court of Appeals for the District of Columbia Circuit, 264 U.S. App. D.C. 381; 829 F.2d 166; 1987 U.S. App. LEXIS 12571, October 15, 1986, Argued, September 22, 1987, Decided

*Silverman v. Weil* , Civil Action No. 85-2782, United States District Court for the District of Columbia, 662 F. Supp. 1195; 1987 U.S. Dist. LEXIS 4572, May 19, 1987, Decided, May 19, 1987, Filed

*Liquor Salesmen's Union v. NLRB* , Nos. 80-1746, 80-2152, 80-2278, 80-2085, United States Court of Appeals, District of Columbia Circuit, 214 U.S. App. D.C. 188; 664 F.2d 1200; 1981 U.S. App. LEXIS 14765; 106 L.R.R.M. 2953; 91 Lab. Cas. (CCH) P12,688, March 31, 1981

*National Latex Products Co. v. United States* , Court No. 81-7-00898, United States Court of International Trade, 4 C.I.T. 110; 1982 Ct. Intl. Trade LEXIS 2000, September 13, 1982

*Riegert v. Commonwealth* , Record No. 761371, Supreme Court of Virginia, 218 Va. 511; 237 S.E.2d 803; 1977 Va. LEXIS 282, October 7, 1977

*Hurdle v. Prinz* , Record Nos. 760569, 761095, Supreme Court of Virginia, 218 Va. 134; 235 S.E.2d 354; 1977 Va. LEXIS 174, June 10, 1977

## ERISA REPORTED CASES LITIGATED

*American Med. Sec. v. Bartlett* , No. 96-1376, No. 96-1446, United States Court of Appeals for the Fourth Circuit, 111 F.3d 358; 1997 U.S. App. LEXIS 6687; 20 E.B.C. 2761, October 28, 1996, Argued, April 11, 1997, Decided, Certiorari Denied June 22, 1998, Reported at: 1998 U.S. LEXIS 4041.

Filed Amicus *Curiae* on behalf of National Employee Benefits Institute, supporting position of appellant, that state law was preempted by ERISA where self insured health plan was involved, without regard to the attachment point at which stop loss insurance was obtained.

*Sheppard & Enoch Pratt Hosp. v. Travelers Ins. Co.* , No. 93-2220, United States Court of Appeals for the Fourth Circuit, 32 F.3d 120; 1994 U.S. App. LEXIS 21823; 18 E.B.C. 2297, April 13, 1994, Argued, August 15, 1994, Decided.

Establishing that the court should limit the record with respect to an ERISA claim denial, to the one that was before the administrator.

*Washington Area Carpenters' Welfare Fund v. Overhead Door Co.* , No. 80-1501, UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, 220 U.S. App. D.C. 273; 681 F.2d 1; 1982 U.S. App. LEXIS 18380; 110 L.R.R.M. 2752; 94 Lab. Cas. (CCH) P13,593; 3 E.B.C. 1600, Argued 14 May 1981, June 15, 1982.

Enforcement of contributions due to ERISA plan under pre-hire agreement.

*Dennis v. Board of Trustees* , No. 85-0198, United States District Court for the Middle District of Pennsylvania, 625 F. Supp. 976; 1986 U.S. Dist. LEXIS 30249; 6 E.B.C. 2795, January 21, 1986

*Dennis v. Board of Trustees* , No. 85-0198, United States District Court for the Middle District of Pennsylvania, 620 F. Supp. 572; 1985 U.S. Dist. LEXIS 14550; 6 E.B.C. 2477, October 25, 1985

*Vernau v. Zelienople Super Duper* , Civil Action No. 84-1529, United States District Court for

the Western District of Pennsylvania, 1984 U.S. Dist. LEXIS 24351; 39 Fed. R. Serv. 2d (Callaghan) 1345, August 15, 1984

*Corley v. Hecht Co.* , Civil Action No. 79-2474, United States District Court for the District of Columbia, 1983 U.S. Dist. LEXIS 18791, March 4, 1983, Decided, March 4, 1983, Filed, As Corrected March 10, 1983.

*Laborers' Dist. Council Trust Fund No. 2 v. General Concrete Constr. Corp.* , No. 80-580., United States District Court for the District of Columbia., 1980 U.S. Dist. LEXIS 9550; 90 Lab. Cas. (CCH) P33,954, November 21, 1980.

*Washington Area Carpenters' Welfare Fund v. Overhead Door Co., of Metropolitan Washington* , Civ. A. No. 79-0097, United States District Court for the District of Columbia, 488 F. Supp. 816; 1980 U.S. Dist. LEXIS 12631; 104 L.R.R.M. 2653; 90 Lab. Cas. (CCH) P12,510, April 22, 1980

*Leonard v. Drug Fair, Inc.* , No. 78-1335., United States District Court for the District of Columbia., 1979 U.S. Dist. LEXIS 9045; Fed. Sec. L. Rep. (CCH) P97,144, October 19, 1979.

*Retail Store Employees. Union Local 400 v. A&P* , Civ. No. K-79-1714, United States District Court for the District of Maryland, 480 F. Supp. 88; 1979 U.S. Dist. LEXIS 9051; 105 L.R.R.M. 2748, October 19, 1979

Home | Overview | Mission Statement | Representative Engagements | Community Service



**JOSEPH SEMO LLC**

3 Metro Center
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**

Overview | **Mission Statement** | **Representative Engagements** | **Community Service**
Reported Cases | Presentations | Publications

## PRESENTATIONS

Lecturer on various employee benefit and other legal issues including:

The Seventh Annual Institutional Capital Investing Forum (October 2004 - Moderator/Participant: "Pension Fund Executive Roundtable") (Washington, D.C.);

CompTel/Ascent Alliance Annual Conference (February 2004 - "Employee Benefits") (Anaheim, CA);

University of Chicago Dept. Of Anesthesia & Critical Care and Medical Business Solutions, LLC - Fifth Annual anesthesia Billing and Management Seminar 2004 (April 2004 - "Looking Out for #1: Exploring Employee Benefits")

International Foundation of Employee Benefit Plans - 49 th Annual Employee Benefits Conference (November 2003 - "Domestic Partner Benefits")

The Sixth Annual Institutional Capital Investing Forum (October 2003 - "Migration from Investor to Shareholder - The Changing Interest of Large Institutional Investors") (Washington, D.C.);

Mid-Atlantic Actuarial Club (9/2003 - "An Overview of Pension Legislation") (Silver Spring, Maryland);

International Foundation of Employee Benefit Plans - 48 th Annual Employee Benefits Conference (September 2002 - "Trustee/Attorney Client Privilege Expectation");

International Foundation of Employee Benefit Plans - 47 th Annual Employee Benefits Conference (October 2001 - "Ethical Considerations for Attorneys");

The Columbia and Wharton Business School Clubs of Washington, D.C. (May 21, 2001 - Negotiating Strategies to Protect Your Career in Today's Job Market);

The 2 nd Annual Public Funds Summit (1/2001-"Scrutinizing the Fiduciary Obligations of a Board of Trustees");

International Foundation of Employee Benefit Plans - 46 th Annual Employee Benefits Conference (November 2000 - "Legislative Developments in Health Care");

Mid-Atlantic Actuarial Club (9/2000 - "An Overview of Pension Legislation") (Bethesda, Maryland);

National Employee Benefits Institute Fall Conference (9/2000 - "Overview of Legislative Deliberations of the 106 th Congress");

The Third Annual Institutional Capital Investing Forum (9/2000 - "Fiduciary Responsibility: Liability and Ethics") (Washington, D.C.);

Home | Overview | Mission Statement | Representative Engagements | Community Service



## PUBLICATIONS

Contributing author, ABA Section of Labor and Employment Law, Employee Benefits Law (1991 & Supps.).

Co-author, " The Multiemployer Pension Plan Amendments Act of 1980; Explanation, Analysis, Recommendations and Suggested Amendments to Multiemployer Plans," 362 BNA Pension Reporter, October 5, 1981.

Author, " ERISA Preemption, A Comparison of Wayne Chemical, Inc. vs. Columbus Agency Services Corp. and Dawson vs. Wheland." 3 Journal of Pension Planning and Compliance 368, September 1977.

Author, " Salary Reduction SEPs Can Be a Low-Cost Employee Benefit." 49 Taxation for Accountants, August, 1992.

Author, " Benefits Legislation in the New Congress," Milliman & Robertson Perspectives, March, 1995.

Author, " Salary Reduction SEPs Can be a Low-Cost Employee Benefit," Tax Ideas, March, 1995

3 Metro Center
Suite 700
Bethesda, MD
20814

Phone:
**301 961 4888**

E-Fax:
**202 478 0919**



Attorneys                                                    GROOM LAW GR

News • About Groom • Practice Groups • Attorneys • The Groom Library • HOME

## Thomas S. Gigot

tsg@groom.com
202-861-6624
Download v-card



"I first dealt with the firm while working as
in-house counsel for one of its clients,"
responds Tom Gigot when asked how he
came to Groom in the late 1980s. "The firm
stood head and shoulders above the
competition in every category. Like most
young attorneys, I wanted to practice with
the best. And Groom was the best." He adds
with a smile: "It's still the best."

At Groom, Tom maintains an active
employee benefits litigation practice that
involves client representation as well as
more technical explorations of transactional
issues and other matters arising under Title
IV of ERISA. While representing plan
sponsors and administrators in benefit and
fiduciary responsibility disputes at both the
trial and appellate court levels, he has
expanded his practice to include actuaries
and other plan professionals in matters
related to their "non-fiduciary" liability to
plan clients. He has compiled a considerable
record of written material as well, including
articles and briefs on controlled group
liabilities under Title IV, PBGC involvement
in corporate transactions, retiree health
programs, and employer stock
investments. A regular speaker before professional service provider groups
on liability issues, Tom also shares his experience and expertise with
students who take his graduate level course at Georgetown University Law
Center, "ERISA: Plan Termination and Withdrawal Liability."

### AT A GLANCE:

**Practice Groups**
- Litigation
- Plan Funding and Resructuring
- Public and Multiemploy Plans

**Areas of Specialization**
- ERISA Title IV
- Fiduciary litigation and employee classification litigation
- Employer stock and act litigation
- PBGC and corporate transactions

**Previous Experience**
- Assistant General Coun UMWAA Health and Retirement Funds

**Education**
- J.D., Georgetown Unive Law Center, 1984
- B.S., *magna cum laude Phi Beta Kappa*, Marqu University, 1980

While he has seen many changes in the landscape of employee benefits law
in his nearly two decades at Groom, Tom believes that recent developments
are perhaps the most dramatic. "We've entered an era of high-stakes ERISA
and ERISA-related litigation," he observes, "and these claims are being
prosecuted by sophisticated and creative legal counsel and regulators." He
believes that the "plaintiff" side of much of this litigation is several steps
ahead of most ERISA practitioners, which makes Groom's depth of focus and
breadth of expertise on employee benefits law truly distinctive—and
important.

"Few ERISA attorneys outside Groom can honestly say that they saw today's
high-profile litigation coming ahead of time," Tom maintains. "Most
competent lawyers can analyze the legal issues, but in the current climate,
clients need more than competent analysis. They need ERISA specialists who
can spot tomorrow's trouble spots ahead of time—attorneys who can
understand their clients' underlying business and personal needs and deal
with them efficiently and pragmatically. Groom fills that need."

He smiles again: "That's why we're still the best."

Search Site for all items related to Thomas Gigot • Attorney Directory

News • About Groom • Practice Groups • Attorneys • The Groom Library • HOME

2005 Groom Law Group. All rights reserved. Legal Disclaimer

Search • Primary Contacts



**Attorneys**                                                                 GROOM LAW GI

News · About Groom · Practice Groups · Attorneys · The Groom Library · HOME

## Theodore R. Groom

trg@groom.com
202-861-6607
Download v-card

The founding principal of Groom Law Group and its predecessor, Groom and Nordberg, Ted Groom graduated cum laude from Harvard Law School in 1960. Following graduation, he clerked for the Chief Judge of the U.S. District Court for the District of Maryland. Since 1961, he has practiced in the income taxation and employee benefits fields, specializing in state and federal laws affecting the business of insurance.



He began to pursue the idea of starting his own practice in the late 1960's and soon developed a set of core goals for his new venture. "I wanted a firm that would provide an opportunity for growth based on the individual merits of each attorney as well as an opportunity for growth for all employees who worked there," he recalls. As he looks back at the firm's growth over four decades, he takes pride in the fact that Groom was "raised right. Our firm is one of the few Washington, D.C., law firms founded in the 1970's that has continued in existence to date that was founded by Washington lawyers as the sole office of the firm. Most significant firms with national practices established in Washington have been branches of large, out-of-town firms."

### AT A GLANCE:

**Practice Group**
- Plan Design and Taxatic

**Areas of Specialization**
- Insurance company pro
- Financial products
- Captive insurers
- Tax, benefit, and pensic policies
- Tax litigation

**Previous Experience**
- Clerk, Chief Judge of th District Court, Maryland

**Education**
- J.D., *cum laude*, Harva School, 1960

As he shepherded Groom through the 80's and 90's then turned over daily management to others, Ted also developed a thriving and nationally recognized personal practice. He is a well-known authority on insurance company and financial product issues and has represented more than 25 large and small life insurance companies, as well as groups of companies interested in pension and annuity issues. During the past fifteen years, he has served as counsel to the Insurance Company Benefit Group, the Modified Guaranteed Annuity Group, the Mutual Tax Committee, the American Council of Life Insurance, and the Life Insurance Council of New York.

During his career, Ted has also represented benefit plans and plan sponsors both generally and in connection with insurance company products. He has testified before Congress; appeared before a variety of federal agencies; and authored numerous articles on tax, benefit, and pension policy issues and has litigated Federal and District of Columbia tax issues. His views are frequently quoted in national publications.

Ted has been elected to The National Academy of Social Insurance and is a cofounder of the Stanford University Center for Economic Policy Research Insurance Project.  He balances his diverse practice and his professional

interests with a medley of personal activities, including golf, biking, flying airplanes, and a broad range of community service endeavors.

Search Site for all items related to Ted Groom • Attorney Directory

News • About Groom • Practice Groups • Attorneys • The Groom Library • HOME

2005 Groom Law Group. All rights reserved. Legal Disclaimer

Search • Primary Contacts