UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 1:06cv00080 (RJL/AK) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., | : |
|       Defendants. | : |

### STIPULATION AND CONSENT MOTION FOR ENLARGEMENT OF SUMMARY JUDGMENT BRIEFING DEADLINES

It is hereby stipulated and agreed by and between the undersigned attorneys for Ullico Inc. ("Ullico"), Defendants American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company ("National Union") (AISLIC and National Union are hereinafter collectively referred to as the "Insurers"), and Individual Defendants James W. Luce ("Luce"), Joseph A. Carabillo ("Carabillo") and John K. Grelle ("Grelle"), that the time for filing any Opposition to Ullico's Motion for Partial Summary Judgment shall be enlarged up to and including December 5, 2006. It is further stipulated and agreed that the time for Ullico to file any Reply shall be enlarged up to and including January 5, 2007.

It is understood by all parties hereto that by entering into this Stipulation, Ullico does not agree that any of the Individual Defendants Luce, Grelle or Carabillo have the right to file any opposition to Ullico's motion for partial summary judgment.

The parties jointly move this Honorable Court for an Order granting the enlargement of such deadlines consistent with the agreements made herein.

4841469
395606

Dated:  November 14, 2006

                Respectfully submitted,

                **PATTON BOGGS LLP**

By:        /s/
        David J. Farber (415899)
        Shannon W. Conway (477863)
        2550 M Street, N.W.
        Washington, D.C.  20037
        Telephone:  (202) 457-6000
        Facsimile:   (202) 457-6315

*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

**TROUTMAN SANDERS LLP**

By:        /s/
        John F. Anderson (393764)
        1600 International Drive
        Suite 600, Tysons Corner
        McLean, VA  22102
        Telephone:  (703) 734-4356

*Counsel for Ullico Inc.*

**REES, BROOME & DIAZ, P.C.**

By:        /s/
        Robert E. Scully, Jr. (340828)
        8133 Leesburg Pike, Ninth Floor
        Vienna, VA  22182
        Telephone:  (703) 790-1911

*Counsel for Defendant James W. Luce*

395606

                      **JACKSON KELLY PLLC**

By: _____/s/_____
Jennifer Z. Cain (*pro hac vice*)
256 Russell Avenue
New Martinsville, WV  26155
Telephone:  (304) 455-1751

*Counsel for Defendant Joseph A. Carabillo*

395606

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO INC.,** : | |
| : | |
| Plaintiff/Counterclaim Defendant, : | |
| : | Case No. 1:06cv0080 (RJL/AK) |
| v. : | |
| : | |
| **AMERICAN INTERNATIONAL** : | |
| **SPECIALTY LINES INSURANCE** : | |
| **COMPANY** : | |
| **and** : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA** : | |
| : | |
| **Defendants/Counterclaim Plaintiffs** : | |
| _____ : | |

## ORDER

UPON CONSIDERATION of the Parties' Stipulation and Consent Motion for Enlargement of Summary Judgment Briefing Deadlines, it is this ___ day of November 2006:

**ORDERED** that any Oppositions to Ullico's Motion for Partial Summary Judgment shall be filed on or before December 5, 2006; and it is

**FURTHER ORDERED** that any Replies in further support of its Motion for Partial Summary Judgment shall be filed on or before January 5, 2007.

_____
Richard J. Leon
United States District Judge

395606