AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ullico, Inc.

        Plaintiff(s)

vs.

National Union Fire Insurance Co. of Pittsburgh, PA, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER  1:06cv00080(RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Timothy C. Lynch  as counsel in this
                                      (Attorney's Name)

case for:  John K. Grelle
            (Name of party or parties)

11/14/06
Date

_[signature]_
Signature

461651
BAR IDENTIFICATION

Timothy C. Lynch
Print Name

8171 Maple Lawn Blvd., Suite 200
Address

Maple Lawn, MD         20759
City     State          Zip Code

301-575-0336
Phone Number