UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 1:06cv00080 (RJL/AK) |
| : | |
| **NATIONAL UNION FIRE INSURANCE** : | |
| **COMPANY OF PITTSBURGH, PA., et al.,** : | |
| : | |
| **Defendants.** : | |

### STIPULATION AND CONSENT MOTION
### FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

It is hereby stipulated and agreed by and between the undersigned attorneys for Ullico Inc. ("Ullico"), Defendants American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company ("National Union") (AISLIC and National Union are hereinafter collectively referred to as the "Insurers"), and Individual Defendants James W. Luce ("Luce"), Joseph A. Carabillo ("Carabillo") and John K. Grelle ("Grelle"), that the time for completion of discovery shall be enlarged from December 20, 2006 to February 20, 2007. On November 1, 2006, this Court granted the expedited motion to extend time for expert designations filed by AISLIC and National Union whereby the time for defendants to designate experts was enlarged from November 1, 2006 to January 30, 2007. The Minute Order entered by the Court did not address the December 20, 2006, discovery cutoff date previously agreed to by the parties in the Joint Discovery Plan. In order to accommodate the enlargement of time for defendants to designate an expert previously granted by the Court, it is necessary for the discovery period to be enlarged so that the report of any expert designated by the defendants can be reviewed and the expert deposed.

The Insurers stipulate to this enlargement without waiver of their right to seek a stay in the litigation pending resolution of the underlying claims.

For these reasons the parties jointly move for an Order granting an enlargement of discovery period up to and including February 20, 2007.

Dated:  November 15, 2006

                                                         Respectfully submitted,

                                                         **PATTON BOGGS LLP**

                  By:      /s/
                        David J. Farber (415899)
                        Shannon W. Conway (477863)
                        2550 M Street, N.W.
                        Washington, D.C.  20037
                        Telephone:  (202) 457-6000
                        Facsimile:   (202) 457-6315

*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

                        **TROUTMAN SANDERS LLP**

                  By:      /s/
                        John F. Anderson (393764)
                        1600 International Drive
                        Suite 600, Tysons Corner
                        McLean, VA  22102
                        Telephone:  (703) 734-4356

*Counsel for Ullico Inc.*

**REES, BROOME & DIAZ, P.C.**

By: _____/s/_____
Robert E. Scully, Jr. (340828)
8133 Leesburg Pike, Ninth Floor
Vienna, VA  22182
Telephone:  (703) 790-1911

*Counsel for Defendant James W. Luce*

**JACKSON KELLY PLLC**

By: _____/s/_____
Jennifer Z. Cain (*pro hac vice*)
256 Russell Avenue
New Martinsville, WV  26155
Telephone:  (304) 455-1751

*Counsel for Defendant Joseph A. Carabillo*

**OFFIT KURMIN**

By: _____/s/_____
Timothy C. Lynch (461651)
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD  20759
Telephone:  (301) 575-0336

*Counsel for Defendant John K. Grelle*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO INC.,**           :<br>                            :<br>   Plaintiff/Counterclaim Defendant,  :<br>                            :<br> v.                         :<br>                            :<br>**AMERICAN INTERNATIONAL**  :<br>**SPECIALTY LINES INSURANCE** :<br>**COMPANY**                 :<br> and                        :<br>**NATIONAL UNION FIRE INSURANCE** :<br>**COMPANY OF PITTSBURGH, PA** :<br>                            :<br>   **Defendants/Counterclaim Plaintiffs** :<br>_____ : | Case No. 1:06cv0080 (RJL/AK) |

### ORDER

UPON CONSIDERATION of the Parties' Stipulation and Consent Motion for Enlargement of Time to Complete Discovery, and for good cause shown, it is this ___ day of November 2006:

**ORDERED** that the time for completion of discovery shall be, and it hereby is, enlarged up to and including February 20, 2007.

_____
Alan Kay
United States Magistrate Judge