## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ULLICO INC.,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

    Defendants.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
and
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,

    Counterclaim Plaintiffs,

v.

ULLICO INC.,

    Counterclaim Defendant.

Case No. 1:06CV00080
Judge: Richard J. Leon

## **ORDER**

THIS MATTER comes on before the Court on the Plaintiff, ULLICO Inc.'s ("ULLICO's"), Motion for Partial Summary Judgment. The Court having considered the same and the responses in opposition thereto, it is HEREBY ORDERED that ULLICO's Motion for Partial Summary Judgment is DENIED.

Entered this _____ day of _____, 200__.

_____
Richard J. Leon
United States District Judge