A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ullico Inc.

|  | ) |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER    1:06cv00080(RJL) |
| National \Union Fire Insurance Co. of | ) |  |
| Pittsburg, Pa., et al | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of    Eric J. Pelletier    as counsel in this
(Attorney's Name)

case for:  John K. Grelle
(Name of party or parties)

December 5, 2006
Date

454794
BAR IDENTIFICATION

Signature

Eric J. Pelletier
Print Name

8171 Maple Lawn Boulevard, Suite 200
Address

Maple Lawn, MD 20795
City          State          Zip Code

(301) 575-0339   epelletier@offitkurman.com
Phone Number