# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO Inc., | : |
| Plaintiff, | : |
| v. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : |
| | : Civil Action No. 1:06cv00080 (RLJ) |
| Defendant, | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* ULLICO Inc., *et al.*, | : |
| Counter-Plaintiff | : |
| v. | : |
| ULLICO Inc. | |
| Counter- Defendant. | |

## AFFIDAVIT OF JOHN K. GRELLE

1.   I am over 18 years of age and am competent to testify regarding the matters set forth herein.

2.   Ullico's Memorandum supporting its Motion for Partial Summary Judgment alleges that I engaged in self-dealing, that I unjustly enriched myself while at Ullico, that I breached duties allegedly owed to Ullico and other parties, that I engaged in improprieties with regard to stock offers or repurchases, and that I manipulated investments in Ullico deferred compensation plans, among other things. These

1

allegations, and any others made against me in Ullico's Motion and Memorandum are expressly denied and are untrue.

> I declare under penalty of perjury that the foregoing is true and correct, and is based on my personal knowledge. Executed on December 5, 2006.
>
> _____
> John K. Grelle

2