# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO, Inc., | : |
|       Plaintiff, | : |
| v. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : |
| | : Civil Action No. 1:06cv00080 (RLJ) |
|       Defendant, | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* ULLICO, Inc., *et al.*, | : |
|       Counter-Plaintiff | : |
| v. | : |
| ULLICO, Inc. | : |
|       Counter-Defendant. | : |

## AFFIDAVIT OF TIMOTHY C. LYNCH

1. I am over 18 years of age and am competent to testify regarding the matters set forth herein. I am counsel of record for John K. Grelle in the above-captioned case.

2. Ullico Inc.'s ("Ullico") Motion for Partial Summary Judgment implicates factual issues regarding the nature of legal work for which Ullico is pursuing insurance coverage for in this case.

3. In order to be able to address the issues in the Ullico's pending Motion for Partial Summary Judgment, the undersigned, on behalf of Defendant Grelle requests

1

leave to take discovery and obtain the legal bills for which that Ullico seeks coverage, to perform an audit of the bills, and to take deposition of the attorneys who rendered the services billed to Ullico.

4. Information obtained from the requested discovery of the legal bills would preclude Ullico's request for summary judgment if the audit of the bills and related discovery/ depositions reveal a factual dispute as to whether any of the work for which Ullico seeks coverage is covered under the policy or not. Ullico's Memorandum in support of its Motion for Partial Summary Judgment indicates that the insurer has paid a significant sum of Ullico's defense costs under the applicable policy to date, thus discovery may reveal that the insurer has no further coverage obligation to Ullico under the policies addressed in Ullico's Motion for Partial Summary Judgment.

5. This request was not made sooner because the undersigned entered his appearance in this matter on November 14, 2006, and has spent the days since then attempting to learn the facts and issues in this complicated case and the related cases, and in preparing Mr. Grelle's Opposition to Ullico's pending Motion for Partial Summary Judgment.

> I declare under penalty of perjury that the foregoing is true and correct, and is based on my personal knowledge. Executed on December 5, 2006.
>
> _____
> Timothy C. Lynch

2