IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : |
| | : Civil Action No. 1:06cv00080 (RLJ) |
| Defendant, | : |
| | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* ULLICO, Inc., *et al.*, | : |
| | : |
| Counter-Plaintiff | : |
| | : |
| v. | : |
| | : |
| ULLICO INC. | : |
| | : |
| Counter- Defendant. | : |

## **ORDER**

UPON CONSIDERATION of Ullico Inc.'s Motion for Partial Summary Judgment, and the Oppositions filed thereto, it be and hereby is this ____ day of _____, 2006, ORDERED,

That the Motion is DENIED,

[or alternatively]

That the parties are entitled to conduct discovery regarding that portion of Ullico's attorney's fees that Ullico claims is covered under the Employee Benefit Plan Fiduciary Liability Insurance Policy (Policy Number 874-44-03 - Policy Period October 30, 2001 to October 30, 2002 and, Employee Benefit Plan Fiduciary Liability Insurance Policy (Policy Number 495-38-35 Policy Period October 30, 2002 to October 30, 2003).

_____
Richard K. Leon, Judge
United States District Court