UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., <br><br> Plaintiff <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., <br><br> Defendants. | Civil Action No. 1:06cv00080 (RJL/AK) |

### DECLARATION OF SHANNON W. CONWAY IN OPPOSITION TO ULLICO'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF NATIONAL UNION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

SHANNON W. CONWAY, of full age, hereby declares as follows:

1. I am an attorney licensed to practice in the District of Columbia, an associate in the law firm of Patton Boggs LLP, and am admitted to appear before this Court as counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

2. This Declaration is submitted in opposition to Ullico's Motion for Partial Summary Judgment and in support of National Union's Cross-Motion for Partial Summary Judgment.

3. Annexed to this Declaration as **Exhibit 1** is a true and correct copy of the Employee Benefit Plan Fiduciary Liability Insurance Policy No. 874-44-03, issued by National Union to Ullico Inc. and its Subsidiaries for the Policy Period of October 30, 2001 to October 30, 2002 (the "2001 Fiduciary Policy").

4. Annexed to this Declaration as **Exhibit 2** is a true and complete copy of the Consolidated Answer and Counterclaim filed by Ullico in Case No. 03cv01556 (RJL/AK) currently pending before this Court.

5. Annexed to this Declaration as **Exhibit 3** is a true and complete copy of the Employee Benefit Plan Fiduciary Liability Insurance Policy No. 495-38-35 issued by National Union to Ullico Inc. and its Subsidiaries for the Policy Period of October 30, 2002 to October 30, 2003 (the "2002 Fiduciary Policy").

6. Annexed to this Declaration as **Exhibit 4** are true and complete copies of pages 71-73, 167-168, and 173-177 of the Thompson Report, as that report is contained in Appendix E to the REPORT ON INVESTIGATION OF ULLICO BY THE U.S. HOUSE OF REPRESENTATIVES' COMMITTEE ON EDUCATION AND THE WORKFORCE. H.R. COMM. ON EDUCATION AND THE WORKFORCE, 108TH CONG., REPORT ON INVESTIGATION OF ULLICO, INC. (COMM. PRINT 2003).

7. Annexed to this Declaration as **Exhibit 5** is a true and complete copy of a letter dated January 15, 2003 from Natalie Louis of AIG Technical Services, Inc. to Stuart Philip Ross of Ross, Dixon & Bell, LLP.

8. Annexed to this Declaration as **Exhibit 6** is a true and complete copy of the First Amended Complaint for Damages, Declaratory Judgment and Injunctive Relief filed by Ullico in this litigation, with its Exhibits.

9. Annexed to this Declaration as **Exhibit 7** is a true and complete copy of a letter dated October 21, 2004 from Samuel Paniccia of D'Amato & Lynch to Allison Eisenberg of Frank Crystal & Company.

10. Annexed to this Declaration as **Exhibit 8** is a true and complete copy of the "Specimen Fiduciary Liability Insurance Policy" advertised to Ullico's potential insureds on

Ullico's website, at www.ullico.com/b/txt.cfm?page=Uni-Cas-Trustee, which I visited on December 4, 2006.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Shannon W. Conway

Executed on this 5th day of December, 2006.

3