UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ULLICO INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:06cv00080 (RJL) |
| | : | |
| **NATIONAL UNION FIRE INSURANCE** | : | |
| **COMPANY OF PITTSBURGH, PA., et al.,** | : | |
| | : | |
| Defendants. | : | |

## AMENDED STIPULATION AND CONSENT MOTION FOR ENLARGEMENT OF SUMMARY JUDGMENT BRIEFING DEADLINES

It is hereby stipulated and agreed by and between the undersigned attorneys for Ullico Inc. ("Ullico"), Defendants American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company ("National Union") (AISLIC and National Union are hereinafter collectively referred to as the "Insurers"), and Individual Defendants James W. Luce, John Grelle and Joseph A. Carabillo that the time for filing any Opposition to Ullico's Motion for Partial Summary Judgment shall be enlarged up to and including December 5, 2006. It is also stipulated and agreed that the time for Ullico to file any Reply in support of its Motion for Partial Summary Judgment and any party to file an Opposition to National Union's Cross-Motion for Partial Summary Judgment shall be enlarged up to and including January 19, 2007. It is further stipulated and agreed that the time for National Union to file any Reply in support of its Motion for Partial Summary Judgment shall be enlarged up to and including February 5, 2007.

It is understood by all parties hereto that Ullico does not agree that any of the Individual Defendants, James W. Luce, John Grelle or Joseph A. Carabillo have the right to file any opposition to Ullico's motion for partial summary judgment.

The parties jointly move this Honorable Court for an Order granting the enlargement of such deadlines consistent with the agreements made herein.

Dated: December __, 2006

                Respectfully submitted,

                **PATTON BOGGS LLP**

By:      /s/ David J. Farber
                David J. Farber (415899)
                Shannon W. Conway (477863)
                2550 M Street, N.W.
                Washington, D.C. 20037
                Telephone: (202) 457-6000
                Facsimile: (202) 457-6315

*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

**TROUTMAN SANDERS LLP**

By:      /s/ John F. Anderson
                John F. Anderson
                1600 International Drive
                Suite 600, Tysons Corner
                McLean, VA 22102
                Telephone: (703) 734-4356

*Counsel for Ullico Inc.*

          **REES, BROOME & DIAZ, P.C.**

By:

            /s/ Robert E. Scully, Jr.
          Robert E. Scully, Jr.
          8133 Leesburg Pike, Ninth Floor
          Vienna, VA  22182
          Telephone:  (703) 790-1911

*Counsel for Defendant James W. Luce*


          **JACKSON KELLY, PLLC**

By:

            Jennifer Z. Cain
          Daniel G. Grove
          Jennifer Z. Cain
          2401 Pennsylvania Ave., N.W.
          Suite 400
          Washington, D.C. 20037
          Telephone:  (202) 973-0200

*Counsel for Defendant Joseph A. Carabillo*



          **OFFIT KURMAN, P.A.**

By:

            Timothy C. Lynch
          Timothy C. Lynch
          8171 Maple Lawn Blvd., Suite 200
          Maple Lawn, MD  20759
          Telephone:  (443) 738-1536

*Counsel for Defendant John Grelle*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO INC.,**    :<br>   :<br>   **Plaintiff/Counterclaim Defendant,**   :<br>   :<br>v.   :<br>   :<br>**AMERICAN INTERNATIONAL**   :<br>**SPECIALTY LINES INSURANCE**   :<br>**COMPANY**   :<br>and   :<br>**NATIONAL UNION FIRE INSURANCE**   :<br>**COMPANY OF PITTSBURGH, PA**   :<br>   :<br>   **Defendants/Counterclaim Plaintiffs**   :<br>_____   : | Case No. 1:06cv0080 (RJL/AK) |

## ORDER

UPON CONSIDERATION of the Parties' Stipulation and Consent Motion for Enlargement of Summary Judgment Briefing Deadlines, it is this ___ day of December 2006:

**ORDERED** that any Opposition to Ullico's Motion for Partial Summary Judgment shall be filed on or before December 5, 2006;

**ALSO ORDERED** that any Opposition to National Union's Cross-Motion for Partial Summary Judgment and Ullico's Replies in support of its Motion for Partial Summary Judgment shall be filed on or before January 19, 2007;  and it is

**FURTHER ORDERED** that any Replies to Oppositions to Natioanl Union's Cross-Motion for Partial Summary Judgment shall be filed on or before February 5, 2007.

_____
Richard J. Leon
United States District Judge