IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : |
| | : Civil Action No. 1:06cv00080 (RLJ) |
| Defendant, | : |
| _____ | : |
| | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : |
| | : |
| Counter-Plaintiff | : |
| | : |
| v. | : |
| | : |
| ULLICO INC. | : |
| | : |
| Counter- Defendant. | : |

**LIST OF EXHIBITS IN SUPPORT OF
DEFENDANT JOHN K. GRELLE'S OPPOSITION
TO NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.'S
<u>MOTION FOR PARTIAL  SUMMARY JUDGMENT</u>**

1. Department of Labor Subpoenas

2. Complaint in Carabillo I (*Carabillo v. Ullico, Inc., et al.*, Case No. 1:03:CV01556)

3. First Amended Complaint in Luce I  (*Luce v. The Union Labor Life Auxillary Retirement Benefits Plan, et al.,* Case No. 1:03cv1014)

1

4. Ullico Counterclaim in Carabillo I (*Carabillo v. Ullico, Inc., et al.*, Case No. 1:03:CV01556)

5. 2002 Fiduciary Policy (Excerpts)

6. Letter from AIG Technical Services (Natalie Louis) to Ullico dated January 15, 2003.