IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
| Plaintiff, | : |
| v. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : Civil Action No. 1:06cv00080 (RLJ) |
| Defendant, | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.* | : |
| Counter-Plaintiff, | : |
| v. | : |
| ULLICO INC. | : |
| Counter- Defendant. | :: |

## ORDER

UPON CONSIDERATION of National Union Fire Insurance Co. of Pittsburgh, Pa.'s ("National Union") Cross Motion for Summary Judgment, and the Oppositions filed thereto, it be and hereby is this ____ day of _____, 2007, ORDERED,

That the Motion is DENIED with respect to the National Union's argument that the insureds are precluded from obtaining coverage for the Underlying Litigation under exclusion 5 (b) of the 2002 Fiduciary Policy that National Union issued to Ullico, Inc.

_____
Richard K. Leon, Judge
United States District Court