UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:06cv00080 (RJL) |
| : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA., et al., : | |
| : | |
| Defendants. : | |

### DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' EXPEDITED MOTION FOR SECOND EXTENSION OF TIME TO DESIGNATE EXPERTS

Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company ("National Union") (AISLIC and National Union are hereinafter collectively referred to as the "Insurers"), by and through their undersigned counsel and pursuant to Local Civil Rule 7, hereby move for an expedited order granting a second extension of time to designate their experts of ninety (90) days, to and including April 30, 2007. In support of the Insurers' motion, they hereby state:

Pursuant to the Court's Minute Order dated November 1, 2006,[1] the deadline for Defendants and Counterclaim Defendant to designate their experts and provide expert reports is currently set for January 30, 2007. However, no further meaningful discovery has been had in this litigation and, although Plaintiff and the Defendants have exchanged discovery requests and written responses, neither party still has yet to provide the other with actual responsive documents; and no depositions have been taken or even noted by Plaintiff, the Insurers, or any of

---

[1] The Court's Minute Order granted the Insurers Expedited Motion to Extend Time for Expert Designation filed on October 27, 2006 (Docket #33).

393277

the other Defendants (Carabillo, Grelle and Luce). Thus, the Insurers are still unable at this juncture even to determine whether expert testimony will be necessary, whether in their affirmative case or in the defense of Plaintiff's claims against them.

A further extension of time for the designation of experts will allow the Defendants to properly evaluate the facts and evidence surrounding Plaintiff's claims and present expert testimony that properly addresses such claims. The requested extension will allow the discovery process to move forward in a more efficient and orderly manner.

Pursuant to Local Civil Rule 7.1, counsel for the Insurers communicated with counsel for Ullico, Carabillo, Grelle and Luce about the instant motion in correspondence and telephone conferences during the week of January 22, 2007. Unanimous consent was not achieved.[2]

For the foregoing reasons, the Insurers respectfully request that this Court grant a ninety (90)-day extension of time, to and including April 30, 2007, for the Defendants to designate their experts. A proposed Order is attached hereto.

---

[2] We understand from counsel that Plaintiff Ullico objects to the instant Motion; Defendants Carabillo and Luce do not object to the Motion; and Defendant Grelle does not object only to the extent that all of the remaining discovery deadlines are accordingly extended.

393277                                    2

Dated: January 29, 2007

                    Respectfully submitted,

                    **PATTON BOGGS LLP**

By: _____/s/_____
David J. Farber (415899)
Shannon W. Conway (477863)
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPH A. CARABILLO** | : | |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | Case No. 1:04CV00970 (RJL) |
| v. | : | |
| **AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY** and **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** | : | |
| Defendants/Counterclaim Plaintiffs | : | |
| **ULLICO INC.,** | : | |
| Plaintiff/Counterclaim Defendant, | : | |
| v. | : | Case No. 1:06cv0080 (RJL/AK) |
| **AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY** and **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** | : | |
| Defendants/Counterclaim Plaintiffs | : | |

### ORDER

UPON CONSIDERATION of Defendants'/Counterclaim Plaintiffs' Expedited Motion to Extend Time for Expert Designation, and the arguments in opposition, it is this ___ day of _____ 2007:

393277

**ORDERED** that Defendants'/Counterclaim Plaintiffs' Motion to Extend Time be, and the same hereby is GRANTED; and it is

**FURTHER ORDERED** that the Defendants' time to designate their experts is extended for ninety (90) days, to and including April 30, 2007.

                                                Alan Kay
                                                United States Magistrate Judge