UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 1:06cv00080 (RJL/AK) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., | : |
|       Defendants. | : |

**ULLICO INC.'S OPPOSITION TO AMERICAN SPECIALITY LINES INSURANCE COMPANY'S AND NATIONAL UNION FIRE INSURANCE COMPANY'S MOTION FOR SECOND EXTENSION OF TIME TO DESIGNATE EXPERTS**

Plaintiff/Counterclaim Defendant Ullico Inc. ("Ullico"), by and through its undersigned counsel, hereby opposes Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company's ("AISLIC") and National Union Fire Insurance Company of Pittsburgh, Pa.'s ("National Union") (hereinafter collectively the "Insurers") Expedited Motion for Second Extension of Time to Designate Experts. In support of Ullico's opposition, it states the following:

Pursuant to the parties' Joint Rule 16.3 Report, the deadline for Ullico to designate experts and provide expert reports was September 29, 2006. (*See* Docket #16.) And, pursuant to the Joint Rule 16.3 Report, the deadline for the Insurers to designate their experts and provide expert reports was November 1, 2006. (*Id.*) In accordance with the deadline set by the Joint Rule 16.3 Report, on September 29, 2006, Ullico submitted its Rule 26(a)(2) statement designating its expert and attaching a written report. (*See* Docket #31.) On October 27, 2006, the Insurers moved for an expedited order granting an extension of time to designate their experts of 90 days, to and including January 30, 2007. (*See* Docket #33.) As the basis for this

motion the Insurers stated discovery had just begun and as a result they were "unable at this juncture even to determine whether expert testimony will be necessary, whether in the affirmative case or in the defense of Plaintiff's claims against them." (*Id.*) The Court granted the extension giving the Insurers 90 additional days to pursue discovery and designate their experts. Since that time the Insurers have not conducted any further discovery nor brought any discovery-related motions.

By this motion, the Insurers have requested yet another 90-day extension of time to designate experts again basing this request on their assertion that discovery has not been conducted which would allow the Insurers "to determine whether expert testimony will be necessary, whether in their affirmative case or in the defense of Plaintiff's claims against them." (Insurers' Mot. at 2.) The Insurers' failure to pursue discovery is not grounds for granting another 90-day extension of time to designate experts. Having failed to engage in further discovery or otherwise investigate, the Insurers should not be allowed to delay the case. Furthermore, the Insurers are well aware of the issues involved in this litigation and they have had Ullico's expert disclosure for over four months. The Insurers have had more than sufficient time to determine whether they believe expert testimony is needed in either their affirmative case or in defense of Ullico's claims.

WHEREFORE, for the foregoing reasons, Ullico respectfully requests that this Court deny the Insurers' Expedited Motion to Extend Time to Designate Experts.

Dated:  January 30, 2007

                                        Respectfully submitted,

                                        Ullico Inc.

                                        By:    /s/ John F. Anderson
                                                    One of Its Attorneys

John F. Anderson
D.C. Bar No. 393764
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA  22102
(703) 734-4356

Timothy W. Burns
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL 60602
(312) 269-8000

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ULLICO INC.,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 1:06cv00080 (RJL/AK) |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al.,** | : |
| **Defendants.** | : |

## ORDER

UPON CONSIDERATION of Defendants'/Counterclaim Plaintiffs' Expedited Motion for Second Extension of Time to Designate Experts, and the argument in opposition, it is this ___ day of _____ 2007:

**ORDERED** that Defendants'/Counterclaim Plaintiffs' Motion to Extend Time be, and the same hereby is **DENIED.**

_____
Alan Kay
United States Magistrate Judge