UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., : | |
|     Plaintiff, : | |
| v. : | Civil Action No. 1:06cv00080 (RJL) |
| NATIONAL UNION FIRE INSURANCE : COMPANY OF PITTSBURGH, PA., et al., : | |
|     Defendants. : | |

### DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SECOND EXTENSION OF TIME TO DESIGNATE EXPERTS

Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company ("National Union") (AISLIC and National Union are hereinafter collectively referred to as the "Insurers"), by and through their undersigned counsel and pursuant to Local Civil Rule 7, hereby submit this Reply Memorandum in Support of their Expedited Motion for Second Extension of Time to Designate Experts, and respectfully state as follows:

Ullico's attempt to blame the Insurers for not "pursuing" further discovery is blatantly unfair given that it is *Ullico* who has failed to adequately respond to any of the Defendants' discovery requests, and has produced none of the documents requested during the discovery in this litigation. That the Insurers and other Defendants have not inundated the Court with the Motions to Compel and other various discovery-related motions to force Ullico's compliance with the rules of discovery does not negate the good cause shown for a reasonable extension of

406203

time in light of the standstill of the discovery process.[1] The Insurers recognize the confidentiality issues that are necessarily involved in this litigation given the impact that the adversity between the parties to the Underlying Litigation has on the instant coverage litigation, and so must Ullico given that it also has not attempted to compel any of its requested discovery from the Insurers relating to the other insureds involved in the Underlying Litigation. Notably, none of the other parties in this litigation oppose the instant Motion.[2] Ullico also has not offered any reason as to how the requested extension of time might cause it prejudice or other harm. Indeed, it apparently concedes that a further extension of time will allow the discovery process to move forward in a more efficient and orderly manner.

In sum, until further discovery may be had – including the ability of any of the parties in this litigation to comply with discovery requests without prejudicing their respective positions in the Underlying Litigation – the Insurers are without the information necessary for their determination of what, if any, expert testimony is necessary in this litigation.

For these reasons, the Insurers respectfully request that this Court grant a ninety (90)-day extension of time, to and including April 30, 2007, for the Defendants to designate their experts.

---

[1] *See Dag Enterprises v. Exxon Mobil Corp.*, No. Civ.A. 00-182(CKK), 2004 WL 3312154, at *3 (D.D.C. Jan. 28, 2004) (granting requested extension of time, in part because "Plaintiffs failed to properly comply with discovery requests" and noting that "since Plaintiffs have not disputed Defendants' characterization of their responsiveness to their discovery obligations, Plaintiffs are in no position to be pointing out the tardiness of the opposing side.")

[2] As set forth in the Insurer's Motion, Grelle's consent to the requested extension is contingent upon the parties' agreement to extend all of the remaining discovery deadlines – which will likely be achieved through a Consent Motion entered into by all parties upon the Court's grant of this Motion.

Dated: January 30, 2007

                        Respectfully submitted,

                        **PATTON BOGGS LLP**

By: _____/s/_____
      David J. Farber (415899)
      Shannon W. Conway (477863)
      2550 M Street, N.W.
      Washington, D.C. 20037
      Telephone: (202) 457-6000
      Facsimile: (202) 457-6315

*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

406203                    3