**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOSEPH A. CARABILLO,

      Plaintiff,

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,

and

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

      Defendants.

Case No. 1:04CV00970
Judge: Richard J. Leon

-----------------------------------------------------------------------------------------------------------------

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ULLICO INC.,

      Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

      Defendants.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
and
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,
      Counterclaim Plaintiffs,
v.

ULLICO INC.,
      Counterclaim Defendant.

Case No. 1:06CV00080
Judge: Richard J. Leon

# **ORDER**

UPON CONSIDERATION of Defendants'/Counterclaim Plaintiffs' Motion to Stay and the arguments in opposition thereto, it is this \_\_\_\_ day of _____, 2007

ORDERED that Defendants'/Counterclaim Plaintiffs' Motion to Stay be, and the same hereby is, DENIED.

_____
Richard J. Leon
United States District Court Judge