**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ULLICO INC.,**                     : | |
| :                                    | |
| Plaintiff,                           : | |
| :                                    | |
| v.                                   : | Civil Action No. 1:06cv00080 (RJL/AK) |
| :                                    | |
| **NATIONAL UNION FIRE INSURANCE**    : | |
| **COMPANY OF PITTSBURGH, PA., et al.,** : | |
| :                                    | |
| Defendants.                          : | |

### JAMES W. LUCE'S MOTION TO COMPEL
### PRODUCTION OF DOCUMENTS FROM ULLICO INC.

James W. Luce ("Luce") submits this motion to compel production of documents from ULLICO Inc. ("ULLICO"), made pursuant to Federal Rule of Civil Procedure 37(a)(2)(B). For the reasons set forth in the accompanying Memorandum of Law in Support of James W. Luce's Motion to Compel Production of Documents from ULLICO Inc., Luce respectfully requests that this Court order ULLICO to produce copies of its bills for professional fees that it claims are covered Defense Costs under the polices at issue in this case.

### LOCAL RULE 7(m) CERTIFICATION

The undersigned certifies that, on January 22, 2007, he sent a letter to Timothy W. Burns and John F. Anderson, counsel for ULLICO Inc., setting forth Luce's position on this matter and requesting a telephone conference so that the parties could attempt to resolve the issues presented in this motion. To date, undersigned counsel has not received any response to that January 22, 2007 letter and, accordingly, the parties have been unable to reach an agreed resolution.

Dated:   February 20, 2007                    Respectfully Submitted,

                                              _____/s/_____
                                              Robert E. Scully, Jr.
                                              REES, BROOME & DIAZ, P.C.
                                              8133 Leesburg Pike, Ninth Floor
                                              Vienna, Virginia 22182
                                              (703) 790-1911
                                              Fax No.  (703) 790-5249
                                              Counsel for James W. Luce
                                              D.C. Bar No. 340828

K:\12\12410\00003\PLDNGS\070205 Motion to Compel ULLICO coverage case.doc