UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
|     **Plaintiff,** | : |
| v. | : Civil Action No. 1:06cv00080 (RJL/AK) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., | : |
|     **Defendants.** | : |

## ORDER

UPON CONSIDERATION of Defendant James W. Luce's ("Luce") Motion to Compel production of documents from ULLICO, Inc. pursuant to Fed. R. Civ. P. 37(a)(2)(B), it is hereby:

ORDERED that Luce's Motion to Compel production of documents from ULLICO, Inc. is granted.

Entered this _____ day of _____, 2007.

_____
Alan Kay
United States Magistrate Judge