UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 1:06cv00080 (RJL/AK) <br> : <br> : <br> : <br> : <br> : |

## DEFENDANT JAMES LUCE'S
## FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant JAMES W. LUCE ("Luce") hereby requests that Plaintiff ULLICO INC. ("ULLICO") make available for inspection and copying the following documents within 30 days of the service of this Request, at the offices of REES BROOME & DIAZ, PC, 8133 Leesburg Pike, Ninth Floor, Vienna, Virginia 22182. ULLICO shall be obligated to supplement its response to this request at such times and to the extent required by Federal Rule of Civil Procedure 26.

### I.    INSTRUCTIONS

A.    Unless otherwise specified, this document request calls for DOCUMENTS created or prepared for use in any way beginning April 2002 and continuing to the date on which YOU serve YOUR responses to these requests.

B.    YOU are to produce all DOCUMENTS requested that are in YOUR possession, custody, and control.

C.  Where a request calls for one or more DOCUMENTS as to which YOU claim any privilege or protection as grounds for non-production, for each DOCUMENT withheld from production provide the following information:

(i) the author and his or her job title;

(ii) that name and job title of each recipient of the DOCUMENT or a copy thereof;

(iii) the date the DOCUMENT was created;

(iv) the subject matter of the DOCUMENT;

(v) the number of pages of the DOCUMENTS;

(vi) the precise privilege(s) claimed;

(vii) the factual basis for the assertion of the privilege(s);

(viii) the number of the request to which the DOCUMENT is responsive; and

(ix) any additional facts on which YOU would base YOUR claim of privilege or protection.

D.  Identify any and all DOCUMENTS responsive to any request herein that have been destroyed, including for each DOCUMENT (a) identification of the destroyed DOCUMENTS in the same manner as I.B. above, (b) the date of the destruction, and (c) identification of the PERSON(S) who directed the destruction of the DOCUMENT.

E.  Identify the source of all DOCUMENTS produced, and the PERSON for whom, or department, division or office for which such DOCUMENTS are maintained.

F.  DOCUMENTS shall be produced in their original file folders or, in lieu thereof, any writing on the file folder from which the DOCUMENT is taken shall be copied and

appended to such DOCUMENT, and the name and job title of the PERSON with responsibility for maintaining that DOCUMENT shall be identified.

G. Each DOCUMENT produced pursuant to these requests shall be identified in such production by the request number of this set of requests for production in response to which it is produced.

H. Each request shall be interpreted consistent with the following to bring within its scope of the greatest number of discoverable DOCUMENTS:

(i) the terms "and," "or," and "and/or" shall be construed in these requests either disjunctively or conjunctively as necessary to bring within the scope of these requests all responses that might otherwise be construed to be outside of their scope.

(ii) the use of a word in its singular form shall be deemed to include its use in the plural form and the use of a word in its plural form shall be deemed to include its use in the singular form;

(iii) the use of the term "any" includes "all" and "all" includes "any"; and

(iv) the use of any verb in any tense shall be construed as the use of that verb in all tenses, including without limitation, that the use of any verb in the past tense shall be deemed to include its use in the present tense and the use of any verb in the present tense shall be deemed to include its use in the past tense.

## II. DEFINITIONS

For purposes of this Request for Production of Documents:

A. "YOU," "YOUR," or "ULLICO" shall mean plaintiff ULLICO Inc., its present and former officers, directors, shareholders, agents, consultants, subcontractors,

contractors, attorneys, representatives, employees and any persons acting on its behalf; its successors, divisions, branches and departments; its present and former subsidiaries and affiliated companies.

      B.    "DOCUMENTS," in the plural as well as in the singular, shall have the same meaning herein as in Rule 34(a) of the Federal Rules of Civil Procedure. Without limiting the foregoing, this term includes all typed, printed, pictorial, or graphic matter, however produced or reproduced, of every kind or description, including electronically stored information. Any non-identical copy is a separate document within the meaning of this term. These requests extend to all responsive material that originally may have been generated by any person or entity that is now in YOUR possession, custody or control.

### III. REQUESTS

1. All bills for professional fees or other expenses reflecting defense costs that YOU contend are covered expenses under the insurance policies at issue in this matter. YOUR response should include, but is not limited to, copies of legal bills reflecting the more than seven million dollars ($7,000,000.00) worth of legal expenses that YOU have incurred to date defending the DOL investigations and the Underlying Litigation, as averred by Patrick McGlone in his affidavit in support of YOUR Motion for Partial Summary Judgment.

**REES, BROOME & DIAZ, P.C.**            Dated: December 4, 2006

By: *Robert E. Scully, Jr.* by SES
Robert E. Scully, Jr. (340828)
8133 Leesburg Pike, Ninth Floor
Vienna, VA 22182
Telephone: (703) 790-1911

*Counsel for Defendant James W. Luce*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2006, a true and accurate copy of the foregoing James W. Luce's First Request for Production of Documents to Plaintiff ULLICO Inc. was mailed, postage pre-paid to:

>David J. Farber
>Shannon W. Conway
>**PATTON BOGGS LLP**
>2550 M Street, N.W.
>Washington, D.C. 20037
>Telephone: (202) 457-6000
>Facsimile: (202) 457-6315
>
>*Counsel for Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*
>
>John F. Anderson
>**TROUTMAN SANDERS LLP**
>1600 International Drive
>Suite 600, Tysons Corner
>McLean, VA 22102
>Telephone: (703) 734-4356
>
>*Counsel for Ullico Inc.*
>
>Jennifer Z. Cain (*pro hac vice*)
>**JACKSON KELLY PLLC**
>256 Russell Avenue, P.O. Box 68
>New Martinsville, WV 26155
>Telephone: (304) 455-1751
>
>Daniel G. Grove
>**JACKSON KELLY PLLC**
>175 East Main Street, Suite 500
>Lexington, Kentucky 40507
>Telephone: (859) 255-9500
>
>*Counsel for Defendant Joseph A. Carabillo*

Ari Karen
James E. Fagan, III
**KRUPIN O'BRIEN**
1156 Fifteenth Street, N.W., Suite 200
Washington, D.C. 20005
Telephone: (202) 530-0700

Timothy C. Lynch
**OFFIT KURMAN**
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, Maryland 20759
Telephone: (301) 575-0336

*Counsel for Defendant John K. Grelle*

Robert E. Scully, Jr. by EXS
Robert E. Scully, Jr.

K:\12\12410\00003\Discovery\061117 Document requests to ULLICO coverage case.doc