UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. CARABILLO<br><br>  Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY<br>and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br><br>  Defendants/Counterclaim Plaintiffs | Case No. 1:04CV00970 (RJL/AK) |
| ULLICO INC.,<br><br>  Plaintiff/Counterclaim Defendant,<br><br>v.<br>AMERICAN INTERNATIONAL<br>SPECIALTY LINES INSURANCE<br>COMPANY<br>and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br><br>  Defendants/Counterclaim Plaintiffs | Case No. 1:06cv0080 (RJL/AK) |

**DECLARATION OF SHANNON W. CONWAY IN FURTHER SUPPORT OF
DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' MOTION TO STAY**

SHANNON W. CONWAY, of full age, hereby declares as follows:

1. I am an attorney licensed to practice in the District of Columbia, an associate in the law firm of Patton Boggs LLP, and am admitted to appear before this Court as counsel for

Defendants/Counterclaim Plaintiffs American International Specialty Lines Insurance Company ("AISLIC") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

2. This Declaration is submitted in further support of National Union's and AISLIC's Motion to Stay.

3. Annexed to this Declaration as **Exhibit A** is a true and correct copy of a letter dated November 20, 2006, from R. David Ades of D'Amato & Lynch to Timothy W. Burns, Esq. of Neil, Gerber & Eisenberg.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 20, 2007.

_____
Shannon W. Conway

# EXHIBIT A

FILE COPY

# D'AMATO & LYNCH
## LAWYERS

70 PINE STREET
NEW YORK, N.Y. 10270-0110

TELEPHONE 212-269-0927
WWW.DAMATO-LYNCH.COM

CABLE ADDRESS
'DAMOSH'

TELEX: 880085 DCOS UI NYK
TELECOPIER: 212-269-3559

LONDON OFFICE
LLOYD'S
ONE LIME STREET
LONDON EC3M 7HA ENGLAND
TELEPHONE 0207 816 5977
TELECOPIER 0207 816 7257

November 20, 2006

Timothy W. Burns, Esq.
Neil, Gerber & Eisenberg
Two North LaSalle Street
Chicago, IL 60602-3802

Re:  Employee Benefit Plan Fiduciary Liability Insurance
     Policy No.: 874-44-03 (2001-02) (the "Policy")
     Insured: Ullico Inc. and its Subsidiaries ("Ullico")
     Matter: Stock Repurchase Matter
     A.I. File No.: 434-003376
     Our File No.: 101-69615

Dear Mr. Burns:

As you know, we represent AIG Domestic Claims, Inc. ("AIGDC"), on behalf of National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), in connection with the above referenced matter. Please allow this letter to serve as a follow-up to my letter to you dated October 11, 2006.

In my October 11th letter, I indicated that I would soon be following up with you regarding some of the billing entries contained in the Miller & Chevalier invoices and in the Feder, Semo & Bard ("Feder Semo") invoices. As reflected in that letter, both because of insufficiencies in the invoices as well as due to heavy redactions, we were unable to determine whether those invoices might encompass additional covered defense fees and costs. While AIGDC was not provided with sufficient information at that time in order to make an informed determination about whether an additional reimbursement to Ullico was warranted, I also indicated to you in my October 11th letter that AIGDC had retained a professional auditing firm to perform an audit of the Miller & Chevalier and Feder Semo billing statements. In that regard, and because of the large number of redactions, we recommend that you forward a copy of unredacted billing statements for Miller & Chevalier and for Feder Semo directly to the auditing firm so that it might conduct a supplemental

#254237v1

Timothy W. Burns, Esq.
November 20, 2006
Page 2

review of the billing statements. As we previously informed you, the auditing firm has assured us that it is prepared to keep any information submitted to it by Ullico in strict confidence (and if Ullico requires a confidentiality agreement with the auditing firm, that could be arranged as well). We understand that to date you have failed to take any of the actions we recommended. We again urge you to do so.

Please be advised that the statements made herein are without waiver of any of National Union's rights, privileges and defenses in the coverage litigation or under the Policy, at law or in equity, including the right to seek reimbursement of all or part of any payment made to Ullico. National Union also continues to reserve its rights under the Panel Counsel provisions of the Policy, and reiterates its position that Ullico is in violation of the terms of the Panel Counsel provisions of the Policy. It further remains National Union's position that it owes nothing to Ullico for defense fees and costs in view of Ullico's violations of the Panel Counsel provisions of the Policy.

If you have any questions or comments concerning the above, please do not hesitate to contact us immediately. We await confirmation that Ullico is prepared to forward unredacted defense bills to the professional auditing firm so that we can provide you with the contact information needed to get the process under way.

Very truly yours,

R. David Ades

cc:   Patrick McGlone, Esq.
      Ullico, Inc.
      1625 Eye Street, NW
      Washington, D.C. 20006

4842690
#254237v1