UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. CARABILLO, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY <br> and <br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA <br><br> Defendants/Counterclaim Plaintiffs | Case No. 1:04CV00970 (RJL/AK) <br><br> FILED <br> MAR 1 4 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| ULLICO INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY <br> and <br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA <br><br> Defendants/Counterclaim Plaintiffs | Case No. 1:06cv0080 (RJL/AK) |

ORDER

UPON CONSIDERATION of Defendants'/Counterclaim Plaintiffs' Motion to Stay, Memorandum of Points and Authorities in support thereof, and the arguments in opposition, it is this 13th day of March 2007:

406325

**ORDERED** that Defendants'/Counterclaim Plaintiffs' Motion to Stay be, and the same hereby is GRANTED; and it is

**FURTHER ORDERED** that the proceedings in the above-captioned matters shall be stayed until further notice.

_____
Richard J. Leon
United States District Court Judge