**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ULLICO INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NATIONAL UNION FIRE INSURANCE : <br> COMPANY OF PITTSBURGH, PA, et al., : <br> : <br> Defendants. : <br> : <br> NATIONAL UNION FIRE INSURANCE : <br> COMPANY OF PITTSBURGH, PA., : <br> and : <br> AMERICAN INTERNATIONAL : <br> SPECIALTY LINES INSURANCE : <br> COMPANY, : <br> : <br> Counterclaim Plaintiffs, : <br> : <br> v. : <br> : <br> ULLICO INC., : <br> : <br> Counterclaim Defendant. : | Civil Action No. 1:06cv00080 (RJL/AK) |

**NOTICE OF CHANGE OF ADDRESS AND
LAW FIRM FOR TIMOTHY W. BURNS**

Plaintiff/Counterclaim Defendant, Ullico Inc. ("Ullico"), by and through its attorneys and pursuant to Local Civil Rule 83.15(c), hereby notifies the Court and counsel in this matter that the new address and law firm for Timothy W. Burns (who was admitted to appear pro hac vice for Ullico Inc. by a Minute Order entered on March 10, 2006) has been changed to Timothy W. Burns, Heller Ehrman LLP, One East Main Street, Suite 201, Madison, WI 53703, telephone number 608.663.7487; facsimile 608.663.7499 and email: timothy.burns@hellerehrman.com.

ULLICO INC.

/s/ John F. Anderson
By One of Its Attorneys


John F. Anderson
D.C. Bar No. 393764
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356

Timothy W. Burns (*Pro Hac Vice* Admission)
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, WI 53703,
(608) 663-7487