**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ULLICO INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:06cv00080 (RJL/AK) |
| : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA, et al., : | |
| : | |
| Defendants. : | |
| : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA., : | |
| and : | |
| AMERICAN INTERNATIONAL : | |
| SPECIALTY LINES INSURANCE : | |
| COMPANY, : | |
| : | |
| Counterclaim Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| ULLICO INC., : | |
| : | |
| Counterclaim Defendant. : | |

**NOTICE OF WITHDRAWAL OF ANGELA R. ELBERT AND THE
FIRM OF NEAL, GERBER & EISENBERG LLP AS COUNSEL FOR ULLICO INC.**

Plaintiff/Counterclaim Defendant, Ullico Inc. ("Ullico"), by and through its attorneys and pursuant to Local Civil Rule 83.6(c), hereby notifies the Court and counsel in this matter of the withdrawal of Angela R. Elbert and the law firm of Neal, Gerber & Eisenberg LLP as counsel for Ullico. No trial date has been set in this matter and John F. Anderson with the firm of Troutman Sanders LLP and Timothy W. Burns, now with the firm of Heller Ehrman LLP, will remain as counsel for Ullico in this action.

ULLICO INC.

 /s/ John F. Anderson
By One of Its Attorneys

John F. Anderson
D.C. Bar No. 393764
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356

 /s/ Angela R. Elbert
Angela R. Elbert (admitted pro hac vice)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000

 /s/ Patrick McGlone
Patrick McGlone
Associate General Counsel
ULLICO Inc.
1625 Eye Street N.W.
Washington, D.C.  20006
(202) 682-6967