UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 1:06cv00080 (RJL/AK) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., | : |
|     Defendants. | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., | : |
|     Counterclaim Plaintiffs, | : |
| v. | : |
| ULLICO INC., | : |
|     Counterclaim Defendant. | : |

**NOTICE OF APPEARANCE**

Pursuant to L.Cv.R. 83.6, please enter the appearance of Mary Catherine Zinsner (D.C. Bar No. 430091) with the firm of Troutman Sanders LLP, 1660 International Drive, Suite 600, McLean, Virginia 22102, telephone number 703.734.4334 as counsel for the plaintiff and counterclaim defendant Ullico Inc.

                                                ULLICO INC.
                                                By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4334

By:   __/s/ Mary Catherine Zinsner__
       Mary Catherine Zinsner
       mary.zinsner@troutmansanders.com
       (D.C. Bar No. 430091)