## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:06cv00080 (RJL/AK) |
| : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA, et al., : | |
| : | |
| Defendants. : | |
| NATIONAL UNION FIRE INSURANCE : | |
| COMPANY OF PITTSBURGH, PA., et al., : | |
| : | |
| Counterclaim Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| ULLICO INC., : | |
| : | |
| Counterclaim Defendant. : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that as of January 22, 2008, John F. Anderson hereby withdraws his appearance on behalf of the plaintiff and counterclaim defendant Ullico Inc. ("Ullico") pursuant to L.Cv.R. 83.6. No trial date has been set in this matter, another attorney has entered an appearance on behalf of Ullico and Ullico has consented to the withdrawal.

ULLICO INC.

By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By:   /s/ John F. Anderson_____
        John F. Anderson
        (D.C. Bar No. 393764)