UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ULLICO INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE )<br>INSURANCE COMPANY )<br>OF PITTSBURGH, PA, et al. )<br>)<br>Defendants. )<br>) | CASE NUMBER: 1:06-CV-80-RJL-AK |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to the above-captioned action, by and through undersigned counsel, stipulate and agree that all claims in the above-captioned case are hereby dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

_/s/ Mary C. Zinsner_
Mary C. Zinsner
Troutman Sanders LLP
1660 International Drive Suite 600
McLean, Virginia 22102
703.734.4363
mary.zinsner@troutmansanders.com

Counsel for Plaintiffs/Counterclaim Defendants
ULLICO Inc.

_____
David J. Farber
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
Tel. (202) 457-6516
Fax. (202) 457-6315
dfarber@pattonboggs.com

Counsel for National Union Fire Insurance Company of Pittsburgh, NA
and American Insurance Specialty Lines Insurance Company

_____
Alvin L. Emch
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25322
Tel. (304) 340-1172
Fax. (304) 340-1050
aemch@jacksonkelly.com

Counsel for Joseph A. Carabillo

_____
Ari Karen
Offit Kurman Attorneys At Law
8 Park Center Court
Suite 200
Owings Mills, MD 21117
Tel. (443) 738-1540
Fax. (443) 738-1535
akaren@offitkurman.com

Counsel for John K. Grelle

David J. Farber
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
Tel. (202) 457-6516
Fax. (202) 457-6315
dfarber@pattonboggs.com

Counsel for National Union Fire Insurance Company of Pittsburgh, NA
and American Insurance Specialty Lines Insurance Company

Alvin L Emch
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25322
Tel. (304) 340-1172
Fax. (304) 340-1050
aemch@jacksonkelly.com

Counsel for Joseph A. Carabillo

Ari Karen
Offit Kurman Attorneys At Law
8 Park Center Court
Suite 200
Owings Mills, MD 21117
Tel. (443) 738-1540
Fax. (443) 738-1535
akaren@offitkurman.com

Counsel for John K. Grelle

2

1017703.1